

**PRIORITY MAIL FLAT RATE ENVELOPE**
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED


PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2


To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

---

**USPS Click-N-Ship®**

usps.com   9405 5036 9930 0146 3363 52 0092 5000 0079 4102
$9.25
US POSTAGE
Legal Flat Rt Env

P   U.S. POSTAGE PAID
    Click-N-Ship®

01/25/2022   Mailed from 72601

**PRIORITY MAIL 2-DAY™**

DAVID A STEBBINS
123 W RIDGE AVE
APT D
HARRISON AR 72601-4236

Expected Delivery Date: 01/28/22
0006

RECEIVED
JAN 27 2022    C004

SHIP TO:  CLERK, U.S. DISTRICT COURT
          NORTH DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT, N.D. CAL
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

**USPS TRACKING #**

9405 5036 9930 0146 3363 52

Electronic Rate Approved #038555749



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000014    EP14F May 2020
OD: 12 1/2 x 9 1/2


**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.