David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                             Case 3:22-cv-00546-SK

EMILY REBOLO, ET AL                                                         DEFENDANTS

### MOTION FOR EXTENSION FO TIME TO RESPOND TO [4] CLERK'S NOTICE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to Respond to Doc. 4, the Clerk's Notice Regarding the Filing of Anaction Regarding a Copyright.

1. I am confused as to what is being asked of me. I was not asked to do this in Case 4:21-cv-04184-JSW Stebbins v. Polano, so this is new to me.

2. To help alleviate this confusion, I have contacted this District's Pro Bono Attorney Legal Service and asked to have an appointment booked for me. See **Exhibit A**.

3. However, this actual appointment will likely not happen for at least a few weeks. However, the Clerk's Notice requires that I respond within 5 days.

4. For this reason, I humbly ask I be given an extension of time to respond to this notice, until such time as I have had an opportunity to consult with an attorney over what exactly it is I am supposed to do.

5. Please note that I am also filing a Motion for a Stay of Proceedings. If it would not

inconvenience the court, please include my requirement to respond to this notice as part of the stay of proceedings.

    So requested on this, the 31st day of January, 2021.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
