Fw: Activity in Case 3:22-cv-00546-SK Stebbins v. Rebolo et al

From: acerthorn (acerthorn@yahoo.com)

To: fedpro@sfbar.org

Date: Friday, January 28, 2022, 07:27 PM CST

Dear Pro Bono Office,

I need to book an appointment regarding this text-only order. I am confused as to what it is requiring of me.

Sincerely,
David Stebbins

----- Forwarded Message -----
**From:** "ecf-cand@cand.uscourts.gov" <ecf-cand@cand.uscourts.gov>
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Sent:** Friday, January 28, 2022, 10:00:36 AM CST
**Subject:** Activity in Case 3:22-cv-00546-SK Stebbins v. Rebolo et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered on 1/28/2022 at 8:00 AM PST and filed on 1/28/2022

**Case Name:** Stebbins v. Rebolo et al
**Case Number:** 3:22-cv-00546-SK
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**CLERK'S NOTICE REGARDING THE FILING OF ANACTION REGARDING A COPYRIGHT. The provisions of17 U.S.C. 508 require the submission of a report to theRegister of Copyrights. Please e-file a proposed Report onthe Filing or Determination of an Action or Appeal Regardinga Copyright form AO 121 using the event *Civil Events Other Filings Notices Notice (Other), within five daysof this notice.. (This is a text-only entry generated by the court. There is no document associated with this entry.) (far, COURT STAFF) (Filed on 1/28/2022)***

***Any non-CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)***

**3:22-cv-00546-SK Notice has been electronically mailed to:**

David Stebbins acerthorn@yahoo.com

**3:22-cv-00546-SK Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**