
**acerthorn** 01/16/2022
Will you accept service of process under Rule 4(d)? You can read about that rule here: https://www.law.cornell.edu/rules/frcp/rule_4

LII / Legal Information Institute
**Rule 4. Summons**
(a) Contents; Amendments. (1) Contents. A summons must: (A) name the court and the parties; (B) be directed to the defendant; (C) state the name and address of the plaintiff's attorney or—if unrepresented—of the plaintiff; (D) state the time within which the defendant must appear and defend; 


**FreaK** 01/16/2022
i'm re-rendering the video as per the compromise i offered. Strike me and it's an instant counter notification. After this, don't ever talk to me again and i won't talk about you ever again


**acerthorn** 01/16/2022
The court would look favorably upon you if you accepted that form of service and would likely hold a grudge against you if you didn't accept it.

@acerthorn Will you accept service of process under Rule 4(d)? You can read about that rule here: https://www.law.cornell.edu/rules/frcp/rule_4

**FreaK** 01/16/2022
don't care nor know anything about that.
now leave me the fuck alone


**acerthorn** 01/16/2022
I can do Hague Service if I need to, but the judge would really like it if you made it so that I didn't have to.


**FreaK** 01/16/2022
your threats don't work


**acerthorn** 01/16/2022
Just answer that one question.
Please, I'm asking nicely.
Just tell me that.


**FreaK** 01/16/2022
If you're too stupid and malicious to watch my video or listen before striking it, why should i bother answering your question when you are not a lawyer yet pretend to be so? (edited)


**acerthorn** 01/16/2022
Just read subsection (d) of that rule and tell me if you will agree to that when we go to court.


**FreaK** 01/17/2022
a friend of a friend, basically. I sent them the video and asked if you would have any grounds to stand on should you DMCA it, they said no.
regardless, i advise you to watch the video and consult an attorney before trying anything.
and that's all the talking you're getting from me.


@FreaK regardless, i advise you to watch the video and consult an attorney before trying anything.
**acerthorn** 01/17/2022
I already have. I've already got legal advice saying that, if it's designed predominately to harass or dox me (and yes, that's what your videos are), then it's not fair use.
Now, you didn't answer my last question
Would you be willing to accept service under Rule 4(d) (postal mail)?
Like, did you tell it like it is? "Were it not for the harassment and doxxing, I never would have known about all this stuff. But because I personally do not consider myself to be harassing or doxxing (based solely on my what my personal definition of "doxxing"), I think I'm perfectly entitled to spread the malicious behavior around."

Did you couch it like that? Because that's what's really happening.


@acerthorn I already have. I've already got legal advice saying that, if it's designed predominately to harass or dox me (and yes, that's what your videos are), then it's not fair use.
**FreaK** 01/17/2022
It's not. You repeating it over and over may convince you, but not anyone else. Especially considering you don't bother watching the content you strike. Anyone with any knowledge of law would know it after seeing my video.
 I'll say this again: show it to an attorney and watch the full video first.
and that's the only talking you will get from me. I'll repeat myself over and over from now on saying only this ^. Since you've shown yourself to be unwilling to consider anything other than your pre-determined biases.


**acerthorn** 01/17/2022
Why don't you actually show some *proof,* then?


**FreaK** 01/17/2022
The proof is the video.  I'll say this again: show it to an attorney and watch the full video first.


**acerthorn** 01/17/2022
If this "friend of a friend" of yours is going to be representing you, then please have him contact me. I'll direct all future correspondence to him.


**FreaK** 01/17/2022
They are not as of right now. No decisions were made on that front. It was pro bono, like i said. All you're getting from anyone on my side is the video which you should watch and my messages.
I will however, once again, advise you to show the video to a lawyer and ask them if you have a case.


I just see you doing the very things you accuse me or others of doing, while assigning maliciousness to almost everyone based on the actions of very few.
What a lost cause, honestly.


**acerthorn** 01/18/2022
You still haven't answered my question about Rule 4(d).
And you expect me to go back and forth with you, when you can't give a straight answer to one simple question.


**FreaK** 01/18/2022
Because i have no interest in looking into it, that's why i haven't answered.
I am trying my best to convince you to do the right thing and cease this abusive, threatening, and hypocritical behaviour.
I mean, you were trolled into suing a non existent person. I met the guy you paid people to doxx. Not only was that action outright illegal, people trolled you and got you to sue a ghost. (edited)
That's how far this behaviour has gotten you. Bullying people for screenshots, 9 second clips, non existent maliciousness, wasting money literally chasing ghosts, and now, gigantic youtubers, including one in the millions of subs to talk about you.


@FreaK I mean, you were trolled into suing a non existent person. I met the guy you paid people to doxx. Not only was that action outright illegal, people trolled you and got you to sue a...
**acerthorn** 01/18/2022