## Re: [ELJY54FROA2OWZTHLT7PYWMOBE] New Copyright Counter Notification

From:   YouTube Copyright (youtube-disputes+0plzo2cbianqz0h@google.com)

To:       acerthorn@gmail.com

Date:   Tuesday, January 18, 2022, 09:47 AM CST



We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

Such evidence should be submitted by replying directly to this email. Please

removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Emily Rebôlo

Emily Rebôlo
Rua da Ilha, 10
3000-214 Coimbra
Portugal

enclavemily@gmail.com

924 403 308

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066