## Re: [JYBLPIRUIUBYZQFZLSQ5BL37YU] New Copyright Counter Notification

From: YouTube Copyright (youtube-disputes+23p2ly58qj0nu0h@google.com)

To:     acerthorn@gmail.com

Cc:     acerthorn@yahoo.com

Date:  Friday, January 28, 2022, 02:47 AM CST

Hello,

Thank you for your notification. The content will not be reinstated. However, keep in mind that as long as the court action remains unresolved, the copyright strike(s) won't be reapplied. If you get a default or final judgment, you can submit proof of such on this thread and the copyright strike(s) may be reapplied.

Sincerely,
The YouTube Team

> On January 25, 2022 acerthorn@yahoo.com wrote:

>> Dear Youtube Copyright,

>> Attached is a Motion for Leave to File Additional Amended Complaint, which has been filed in an ongoing case I am currently litigating against Polano. The URL to the infringing video can be found at the end of Paragraph #4.

>> This motion should be sufficient to prevent the infringing video from being reinstated. The DMCA does not require me to file an entirely new lawsuit. It merely requires that I file "an action seeking a court order." This motion fits that criteria. So please do not reinstate the video.

>> Sincerely,
>> David "Acerthorn" Stebbins

>> On Wednesday, January 12, 2022, 09:47:36 AM CST, YouTube Copyright <youtube-disputes+23p2ly58qj0nu0h@google.com> wrote:

>> 

>> We received the attached counter notification in response to a complaint you filed with us.

We're providing you with the counter notification and await evidence (in not more than 10 business days) that you've filed an action seeking a court order against the counter notifier to restrain the allegedly infringing activity. In most cases, such evidence would include a lawsuit against the uploader who filed the counter notification, which names the specific YouTube URL(s) at issue.

Such evidence should be submitted by replying directly to this email. Please do not send your reply to copyright@youtube.com. If we don't receive notice from you, we may reinstate the material to YouTube.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=C-lpsNnwTaQ

Display name of uploader: SofiannP

The video claimed by Acerthorn (David Stebbins) is a livestream I broadcasted the 18th April 2021 on Twitch.tv/SofiannP which is my channel. In this video I play Fall Guys and I am visibly seen on the camera, that's my face on there and my voice commentating. Mr Stebbins owns no rights to this video, it is all my own original content and I own all the rights to it. This isn't the first time Mr Stebbins is falsely striking videos on Youtube and I hope that you will resolve this issue as fast as possible. I'm willing to go to court over this as this is abuse of DMCA and a fraudulent copyright strike! Regards,

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Karl Sofiann Polano

Karl Sofiann Polano
Regensbergstrasse 120
8050 Zurich

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.



© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

 [100] Motion for Leave to File Additional Amended Complaint.pdf
101.4kB

 [100][A] Motion for Leave to File Additional Amended Complaint - Exhibit A.pdf
112.6kB

 [100][B] Motion for Leave to File Additional Amended Complaint - Exhibit B.pdf
224.8kB

[100][C] Motion for Leave to File Additional Amended Complaint - Exhibit C.pdf
142kB

[100][D] Motion for Leave to File Additional Amended Complaint - Exhibit D.pdf
142.3kB

[100][E] Motion for Leave to File Additional Amended Complaint - Exhibit E.pdf
221.4kB