UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EMILY REBOLO, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00546-SK<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Regarding Docket No. 3 |

　　　　Plaintiff David A. Stebbins ("Plaintiff"), appearing pro se, filed a complaint in this matter on January 27, 2022. (Dkt. 1.) On January 28, 2022, Plaintiff filed a motion for leave to proceed *in forma pauperis*. (Dkt. 3.) As Plaintiff points out in his complaint, Plaintiff has filed a similar action which is currently before Judge White, *Stebbins v. Polano*, 4:21-cv-04184-JSW. A motion to relate this case with the case before Judge White is currently pending. *Stebbins v. Polano*, 4:21-cv-04184-JSW, Dkt. No. 105.

　　　　Accordingly, the Court reviews only Plaintiff's application to proceed *in forma pauperis* at this time. Good cause appearing, the Court HEREBY GRANTS the motion to proceed *in forma pauperis* but orders a HOLD on service of the complaint until the motion to relate in *Stebbins v. Polano*, 4:21-cv-04184-JSW, has been decided.

　　　　**IT IS SO ORDERED**.

Dated: February 3, 2022

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California