David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                                         Case 3:22-cv-00546-JSW

EMILY REBOLO, ET AL                                                          DEFENDANTS

### RESCHEDULING OF [007] MOTION TO STAY, [006] MOTION FOR LEAVE TO CONDUCT SERVICE OF PROCESS BY EMAIL, AND [005] MOTION FOR EXTENSION OF TIME

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Rescheduling in the above-styled action.

1. On February 10, 2022, Judge White reassigned this case to him. He also declared that the hearing dates for all pending motions were vacated and that the parties were hereby ordered to re-schedule the hearings. See **Doc. 9** & **Doc. 10**.

2. Based on my best understanding of the Civil Local Rules and Judge White's standing orders and current schedule, it appears that the pending motions should be heard no later than **March 18, 2022**.

3. So notified on this, the 10th day of February, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D

Harrison, AR 72601<br>
(870) 212-4947<br>
acerthorn@yahoo.com