David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                         PLAINTIFF

VS.                              Case 3:22-cv-00546-JSW

EMILY REBOLO, ET AL                                                  DEFENDANTS

### RESPONSE TO [004] CLERK'S ORDER TO FILE AO 121

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Response to **Doc. 4**, the Clerk's Text-Only Order to submit an AO 121 form in the above-styled action.

1.  The requested AO 121 form is attached as **Exhibit A**.

2.  For one of those copyrighted works – "Fallout: New Vegas Sucks, and Here's Why (Livestream Debate)" – I do not have a registration number yet. However, this should not bar me from bringing a claim for its infringement. Even though the Supreme Court has held that I must have registered the copyrighted work before I can commence suit – see Fourth Estate Public Corp v. Wall-Street. com, LLC, 139 S. Ct. 881 (2019) – it is important to remember that this precedent does not apply to livestreams. See id at 885 ("A copyright owner may also sue for infringement of a live broadcast before registration ... has been made. § 411(c)"); See also id at 888 ("A copyright owner may also sue for infringement of a live broadcast before registration ... has been made, but faces dismissal of her suit if she fails to make registration for the work within three months of its first transmission. § 411(c)").

3.     To qualify for this exemption, three conditions must be met:

(a)     The copyrighted work must be a "work consisting of sounds, images, or both, the first fixation of which is made simultaneously with its transmission" (aka live broadcast or live stream); see **17 USC § 411(c)**.

(b)     The alleged infringer must be notified no less than 48 hours before the live broadcast, of the work and my intent to register the copyright; see **17 USC § 411(c)(1)**; and

(c)     I must apply for registration within three (3) months of publication; see **17 USC § 411(c)(2)**.

4.     All three are met in the instant case. The debate was originally broadcast on December 18, 2021 as a livestream on twitch. You can see the archive of the debate by going to the following url: https://www.youtube.com/watch?v=o08YPDNQ2yk. Although you cannot see the live chat feed from that Youtube video, you can see me replying in real time to the live chat at various points during the debate, thus proving that, during the original broadcast, viewers were watching and submitting their written comments for me to reply to, thus proving that it was indeed live.

5.     I notified Rebolo (and all viewers, for that matter) of the stream more than 48 hours before it happened, when I posted the following video to Youtube: https://youtu.be/vS8ad2UGsFM. As you can see, this video was originally posted on December 12, 2021, a full six days (let alone the statutory minimum of 2) before the stream occurred, giving the date, time, and URL where the stream could be viewed. Although the video has since been unlisted (meaning it does not appear in Youtube search results, nor is it visible on my channel page anymore), it was originally public, hence why it has over 900 views.

6.      I also notified all viewers, well in advance, that I intend to secure copyright on *all* videos and streams on both my Youtube and Twitch channels. If you go to the URL of https://www.youtube.com/c/Acerthorn/about, you can see that I make the following disclaimer:

> "All videos on this channel and my Twitch channel, including all livestreams, are my property and copyrighted by me, unless otherwise specified. Acerthorn owns the copyright to all videos featured on this channel unless otherwise noted, and I claim copyright of all material. This constitutes a declaration under 17 USC § 411(c)(1) of intent to secure copyright."

7.      Meanwhile, my Twitch channel – which you can find by going to the URL of https://www.twitch.tv/acerthorn and then clicking on "chat" – contains a single sentence, which says "I intend to secure copyright on all content on this channel."

8.      These disclaimers predate the December 18 livestream debate. This is evidenced by the existence of the following Youtube video uploaded by a different Youtuber: https://youtu.be/1R0W1r5eG0E?t=75. That video was originally published on December 3, 2021, and thus predates both the December 18 livestream debate, and the December 12 announcement thereof, by well more than 48 hours. Starting at timestamp 1:14, you can see that this person shows a screenshot of my Youtube channel's "About" page, where he reads the disclaimer aloud, thus proving that this disclaimer predates the December 18 livestream debate.

9.      Last but not least, I have applied for registration of this copyright on December 22, 2021, well within the 3 months of original publication. See **Exhibit B**. As you can see from that exhibit, the case number for the registration application is 1-11063533051, but it has not been granted yet. Fortunately, because I qualify for an exemption under **17 USC § 411(c)**, granting the registration is not necessary at this stage.

10.     For this reason, I ask that the Court forgive the fact that I have not already registered the

livestream debate. I have still done *enough* to be allowed to proceed with litigation in this case.

11.     All other relevant copyrights are listed in the AO 121 with their applicable registration numbers.

So notified on this, the 11th day of February, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
