(http://www.copyright.gov)

Home (JavaScript:void(0);) | (JavaScript:void(0);) | My Profile (JavaScript:void(0);) | Help (http://www.copyright.gov/eco/help/) | Contact Us (http://www.copyright.gov/help/) | Log Out (JavaScript:void(0);) |

**Case Summary:**

| | | | | | |
|---|---|---|---|---|---|
| **Case #:** | 1-11063533051 | **Type of Case:** | Motion Picture/AV Work | **Opened:** | 12/22/2021 |
| **Title:** | Fallout: New Vegas Sucks, and Here's Wh | | | **Contact Name:** | David Stebbins |
| **Fee Due:** | | **Service Fee Paid:** | | **Claim Status:** | Pending |

**Submit Your Work(s)**

To complete your submission, please submit the required copy(ies) of your work (http://www.copyright.gov/eco/help-deposit-req.html). You may (1) upload electronic files if the work meets the requirements (http://www.copyright.gov/eco/help-upload-category.html); otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s) (http://www.copyright.gov/eco/help-upload-tutorial.html): Please perform the following steps for the case(s) in the table below.
**Step 1:** Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
**Step 2:** After uploading <u>all files</u> for this work, click the corresponding "Complete Your Submission" (http://www.copyright.gov/eco/help-upload-complete.html) button. Files cannot be uploaded later than 5 days after your first file is received.

**Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):**

• It is a category of work that may be uploaded (http://www.copyright.gov/eco/help-upload-category.html)
• It is an acceptable file type (http://www.copyright.gov/eco/help-acceptable-files.html#type)
• It is an acceptable file size (http://www.copyright.gov/eco/help-acceptable-files.html#size)

**Upload Your Work(s)**

| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| **Case #:** 1-11063533051<br>**Title:** Fallout: New Vegas Sucks, and Here's Why (Livestream Debate) ()<br>**Volume:**<br>**Number:**<br>**Issue Date:**<br>**Type of Work:** Motion Picture/AV Work | Claim submission completed; no further action required<br>Click here for more information (http://copyright.gov/eco/help-upload-questions.html)<br>View Uploaded File Names | |

**Updates**

| Comments | Activity Type | Status | Created |
|---|---|---|---|
| Submitted by ACERTHORN on 12/22/2021 | Upload Deposit | Received | 12/22/2021 15:05:17 |

**(2) Send Your Work(s) by Mail:**

• Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments column.
• Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple cases, be sure to attach shipping slips to the corresponding copies.
• Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip. Note: Your effective date of registration will be based on the date on which we receive the copies **with corresponding shipping slips attached**.

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cases table on your eCO Home page.

**Send Your Work(s) by Mail**

| Attachment Nan | File Type | Size | Date and Time | Comments | |
|---|---|---|---|---|---|

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey! (https://www.research.net/r/eCopyRightWeb)