UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

EMILY REBOLO, et al.,

    Defendants.

Case No. 22-cv-00546-JSW

**ORDER STAYING CASE**

Re: Dkt. No. 5, 6, 7

On January 31, 2022, Plaintiff filed a motion to stay this case pending resolution of the related case *Stebbins v. Polano,* 21-cv-4184-JSW. (Dkt. No. 7.) Plaintiff argues that a ruling in the related case will be relevant and potentially fully dispositive in the present case. Accordingly, in the interests of justice and judicial efficiency, the Court STAYS this matter pending resolution of the related case. The Court VACATES all pending deadlines and dates in this case. The Court DENIES Defendant's motion for service by publication WITHOUT PREJUDICE to renewal after the stay is lifted. The Court will not rule on any motions for leave to amend the complaint while the matter is stayed.

**IT IS SO ORDERED.**

Dated: February 23, 2022

JEFFREY S. WHITE
United States District Judge