**PLAINTIFF'S COPYRIGHTED WORKS**

| # | Title | Type of Work | Date of first Publication | Registration Status | Registration No. (if any) | Effective Date of Registration |
|---|---|---|---|---|---|---|
| 1 | Accidental Livestream from April 10, 2021 | Live stream | 04/10/21 | Registered | PA0002305616 | 05/26/21 |
| 2 | Acerthorn's Livestream from April 18, 2021 | Live stream | 04/18/21 | Registered | PA0002315628 | 09/14/21 |
| 3 | "Corrections" Series is Cancelled, and Here's Why - #Shorts | Video | 11/24/21 | Registered | PA0002333752 | 12/11/21 |
| 4 | Fallout: New Vegas Retrospective | Video | 10/13/19 | Registered | PA0002335063 | 12/17/21 |
| 5 | Fallout: New Vegas Sucks, and Here's Why (Livestream Debate) | Live stream | 12/18/21 | Registered | PA0002336336 | 12/22/21 |
| 6 | Acerthorn Channel Art 2022 | 2D Image | 12/12/21 | Refused | N/a | 12/09/21 |
| 7 | Acerthorn Channel Icon 2022 | 2D Image | 12/12/21 | Refused | N/a | 12/09/21 |
| 8 | Acerthorn Watermark 2022 - 5-Pointed Star | 2D Image | 12/29/21 | Refused | N/a | 12/09/21 |
| 9 | Acerthorn Watermark 2022 - 6-Pointed Star | 2D Image | 12/12/21 | Refused | N/a | 12/09/21 |
| 10 | Acerthorn Watermark 2022 - Abnormal Shape #1 | 2D Image | 01/11/22 | Refused | N/a | 12/09/21 |
| 11 | Acerthorn Watermark 2022 – Diamond | 2D Image | 01/12/22 | Refused | N/a | 12/09/21 |
| 12 | Acerthorn Watermark 2022 – Hexagon | 2D Image | 12/12/21 | Refused | N/a | 12/09/21 |
| 13 | Acerthorn Watermark 2022 – Octagon | 2D Image | 12/18/21 | Refused | N/a | 12/09/21 |
| 14 | Acerthorn Watermark 2022 – Pentagon | 2D Image | 12/24/21 | Refused | N/a | 12/09/21 |
| 15 | Acerthorn Watermark 2022 - Square | 2D Image | 12/13/21 | Refused | N/a | 12/09/21 |