David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                          PLAINTIFF

VS.                                         Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                                                                DEFENDANTS

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File a Second Amended Complaint in the above-styled action.

1. New instances of infringement have surfaced since the filing of the First Amended Complaint. I seek leave to file this Second Amended Complaint to include these instances of infringement in the above-styled action.

2. The reason I am filing this motion now, instead of when this case gets un-stayed after the resolution of the case of Stebbins v. Polano, is because I also seek to file a Motion for Temporary Restraining Order in the above-styled action. Since this motion will require an immediate ruling, the corresponding claims must likewise be brought forth immediately.

3. Please find, attached to this motion, a copy of the Second Amended Complaint.

4. Wherefore, premises considered, I respectfully request that this Motion for Leave to File Second Amended Complaint be granted. So requested on this, the 27th day of April, 2022.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com