David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                              PLAINTIFF

VS.                                          Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                                                  DEFENDANTS

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PARTIAL LIFTING OF STAY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Emergency Motion for Temporary Restraining Order in the above-styled action.

1. I ask that defendant Youtube LLC be ordered to disable access to the infringements which form the basis of Infringements #25, #26, #27, #29, #30, #31, #32, and #33 in the Second Amended Complaint. These are, predominately, infringements committed by "non-defendants," infringements which Youtube has refused to take down and thus have accepted vicarious liability for. I also ask that Youtube be ordered to preserve the analytics of each infringement, so that this information may be obtained during discovery.

2. Complaint, for the duration of this case, while simultaneously keeping the analytics for these videos intact, so that the analytics may be disclosed during discovery.

3. I have a very high likelihood of success on the merits. The infringements have offered absolutely nothing even remotely approaching fair use. The one challenge to the validity of

copyright that the defendants have hinted they intend to file is patently frivolous, and even then, I still have two other registered copyrights where the validity of my copyright is not reasonably in question. Therefore, I am highly likely to succeed on the merits.

4. Because I have demonstrated a high likelihood of success on the merits, and because this is a copyright infringement action, the possibility of irreparable harm is presumed.

5. The balance of equities tips in my favor here. I have the right to enforce my copyright. Youtube, by contrast, does not have the right to post someone else's copyrighted material on their sites. Youtube has almost no equity of their own to balance.

6. This injunction is in the public interest. Public policy heavily weighs in favor of copyright holders, because giving copyright holders broad rights that can only be circumvented in limited scenarios (such as fair use, which, contrary to common misconception, typically requires a LOT more than just throwing in a few words of token criticism and calling it a day). Therefore, the public interest favors this preliminary injunction.

7. The Court has ordered a stay on this case, pending the resolution of the case of Stebbins v. Polano, 4:21-cv-04184-JSW. In order to rule on this Motion for TRO immediately, I humbly ask that the Court order a partial, temporary lifting of the stay on this motion, so that process may be served on Youtube LLC

8. Please find, attached to this motion, the following documents:

   (a) A copy of the complaint, as required by Civil L.R. 65-1(a)(1)

   (b) A memorandum of points and authorities in support of, as required by Civil L.R. 65-1(a)(2)

   (c) proposed temporary restraining order, as required by Civil L.R. 65-1(a)(3)

(d)     Exhibit A – a draft of a supplemental brief that I would have filed in the case of Stebbins v. Polano, had I been given leave to file a supplemental brief, defending the validity of the copyright of the April 10 stream.

9.      So requested on this, the 27th day of April, 2022.

<u>/s/ David Stebbins</u>
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com