UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                    PLAINTIFF

VS.                                          Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                                      DEFENDANTS

## TEMPORARY RESTRAINING ORDER

It is hereby ordered:

The Plaintiff's Motion for Temporary Restraining Order is GRANTED.

Youtube LLC is hereby ordered to disable access to the infringements which form the basis of Infringements #25, #26, #27, #29, #30, #31, #32, and #33 in the Second Amended Complaint.

Youtube LLC is also hereby ordered to preserve the analytics of all of these infringements so they may be produced during discovery.

IT IS SO ORDERED.

_____

Judge's Signature

_____

Date

Case 3:22-cv-00546-JSW