David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                   PLAINTIFF

VS.                                          Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                                                    DEFENDANTS

## MOTION FOR LIMITED LIFTING OF STAY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for a Limited Lifting of the stay of proceedings in the above-styled action so that the Court can dispose of the Motion for Temporary Restraining Order.

1. On April 27, 2022, I filed a Motion for Leave to File Second Amended Complaint. This motion was filed as a means to an end, as it opened up the opportunity for me to file a Motion for Temporary Restraining Order pursuant to new claims of infringement being brought by the Second Amended Complaint.

2. This Court has previously ordered a stay of proceedings in this case, pending resolution of a related case, 4:21-cv-04184-JSW Stebbins v. Polano. However, as of the recent motion for temporary restraining order, I risk irreparable harm if this motion is not taken up immediately.

3. I therefore ask the Court to order a limited lifting of the stay on this case, so that Youtube LLC may be served with process using the US Marshall, so that they may respond to the Motion for TRO, and the Motion for TRO may receive a ruling.

4. So requested on this, the 27th day of April, 2022.

/s/ David Stebbins
David Stebbins

123 W. Ridge Ave.,<br>
APT D<br>
Harrison, AR 72601<br>
(870) 212-4947<br>
acerthorn@yahoo.com