UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>EMILY REBOLO, et al.,<br><br>Defendants. | Case No.  22-cv-00546-JSW<br><br>**ORDER DENYING MOTIONS**<br>Re: Dkt. Nos. 16, 17, 18 |

This matter is currently stayed pending resolution of the related case *Stebbins v. Polano*, 21-cv-4184-JSW ("Related Case").  (Dkt. No. 14.)  On April 27, 2022, Plaintiff filed a motion for leave to file a second amended complaint.  (Dkt. No. 16.)  Plaintiff subsequently filed a motion for a temporary restraining order seeking relief related to causes of action in the proposed SAC.  (Dkt. No. 17.)  Plaintiff also filed an "emergency" motion to lift the stay in connection with his request for a temporary restraining order.

To promote the interests of justice and judicial efficiency, the Court stayed this case pending resolution of the Related Case.  Plaintiff has acknowledged that the Related Case will be potentially dispositive of this action.  The Related Case is still pending, and Plaintiff has not presented any coherent basis why the stay should be lifted in this matter.  Plaintiff's most recent filings in this case undercut one of the primary purposes of the stay, which is to prevent the inefficiencies of litigating two overlapping cases.

For these reasons, the Court DENIES Plaintiff's motions.  This case remains stayed until the Court vacates the stay or Plaintiff files a dismissal of the case.  While the Related Case is ongoing and the stay of this matter is in effect, Plaintiff shall not file motions seeking relief in this matter, and the Court will summarily deny any such requests.

The Court advises Plaintiff, as it has in the Related Case, that if he continues the practice of filing noncompliant, frivolous motions, he risks being ordered to show cause why he should not be declared a vexatious litigant.

**IT IS SO ORDERED.**

Dated: April 27, 2022

_____
JEFFREY S. WHITE
United States District Judge