UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>   v.<br><br>EMILY REBOLO, et al.,<br><br>        Defendants. | Case No.  22-cv-00546-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order issued this date dismissing this matter, the Court HEREBY ENTERS JUDGMENT.

**IT IS SO ORDERED.**

Dated: July 11, 2022

_____

JEFFREY S. WHITE
United States District Judge