UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILY REBOLO, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00546-JSW<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING**<br><br>Re: Dkt. Nos. 21, 23 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Leave to File Motion for Reconsideration and to Recuse previously set for August 19, 2022 at 10:00 AM is reset to August 19, 2022 at 9:00 AM. The hearing on the Motion for Relief of Judgment previously set for September 2, 2022 is reset to September 2, 2022 at 9:00 AM.

Dated: July 25, 2022

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Diyana Staples, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　510-637-3541