UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> EMILY REBOLO, et al., <br><br> Defendants. | Case No. 22-cv-00546-JSW <br><br> **CLERK'S NOTICE VACATING MOTION HEARING** <br><br> Re: Dkt. No. 21 |

  YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Leave to File Motion for Reconsideration and to Recuse, set for August 19, 2022 at 09:00 AM before Judge Jeffrey S. White, is VACATED and a written order will issue in due course.

Dated: August 15, 2022

                Mark B. Busby
                Clerk, United States District Court


                By: *[signature]*
                Diyana Staples, Deputy Clerk to the
                Honorable JEFFREY S. WHITE
                510-637-3541