UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

          Plaintiff,

   v.

EMILY REBOLO, et al.,

          Defendants.

Case No. 22-cv-00546-JSW

**CLERK'S NOTICE VACATING MOTION HEARING**

Re: Dkt. No. 23

      YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Relief of Judgment, set for September 2, 2022 at 09:00 AM before Judge Jeffrey S. White, is VACATED and a written order will issue in due course.

Dated: August 29, 2022

Mark B. Busby
Clerk, United States District Court

By: _____
Diyana Staples, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541