David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                               PLAINTIFF

VS.                     Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                             DEFENDANTS

### MOTION FOR STAY AND FOR EXTENSION OF TIME TO FILE PENDING APPEAL

       Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Stay of Proceedings in the above-styled action, pending appeal of Case 4:21-cv-04184-JSW (Stebbins v. Polano).

1.     I intend to appeal the District Court's judgment in that case, as well as its order denying my Motion for Leave to File a Motion for Reconsideration.

2.     If that judgment is reversed, in whole or in part, then that has the potential to re-open my eligibility to litigate the April 10, 2021 livestream, both in that case and in this one.

3.     It would be quite aggravating, and contrary to the interests of judicial economy, for us to be halfway through litigating this case, only for the Court of Appeals to swoop in and decide that I should have been allowed to litigate the remainder of this case all along, so the Court must then re-adjust everything in the case to accommodate the new mandate from the Court of Appeals when we're already halfway through the case.

4.     To safeguard against this, I ask that the Court stay proceedings in this case pending appeal.

5.     I also ask that the Court's order that I file an Amended Complaint likewise be stayed until at least 14 days after the stay of this case is lifted. However, I prefer at least 30 days after the stay is lifted, just to give me plenty of time to thoroughly consider how to word the Complaint, since

this will be my last chance to get it right.

6. So requested on this 29th day of March, 2023.

<u>*/s/ David Stebbins*</u>
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com