UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

EMILY REBOLO, et al.,

    Defendants.

Case No. 22-cv-00546-JSW

**ORDER STAYING CASE AND VACATING HEARING**

Re: Dkt. No. 31

Plaintiff filed a motion to stay this case pending resolution of his appeal in the related case *Stebbins v. Polano*, 21-cv-4184-JSW. Having considered Plaintiff's motion and exercising its discretion, the Court STAYS this matter. Plaintiff is ORDERED to file a notice with the Court within seven days of the final disposition of the related case. The hearing scheduled for April 28, 2023 is VACATED.

**IT IS SO ORDERED.**

Dated: April 24, 2023

_____
JEFFREY S. WHITE
United States District Judge