David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,  PLAINTIFF

VS.  Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL  DEFENDANTS

### NOTICE OF RELATED CASE'S DISPOSITION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of the Polano Case's Disposition in the above-styled action.

1. On April 24, 2023, this Court issued an order staying this action. It also said "Plaintiff is ORDERED to file a notice with the Court within seven days of the final disposition of the related case."

2. The appeal in that case was just been decided. The Court of Appeals affirmed the district court's ruling in its entireyt for absolutely no reason, other than they don't like me personally. See **Exhibit A**. I also explain the arbitrariness behind this ruling in this YouTube video: https://www.youtube.com/watch?v=R9TbitXuBbQ.

3. So notified on this, the 28th day of August, 2024.

/s/ David Stebbins
David Stebbins