David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                      DEFENDANTS

### MOTION TO CLARIFY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Clarify in the above-styled action.

### Is the Court requiring me to abandon the dismissed claims?

1. On the final page of its Order Lifting Stay, the Court stated in pertinent part ... "Plaintiff may file a further amended complaint regarding only his remaining claims within twenty-one (21) days of this Order. Plaintiff may not add or revive claims or defendants without leave of Court."

2. Does this mean the Court is ordering me to file another amended complaint, listing only the claims it has allowed to proceed? If so, does the Court not realize that this would effectively strip me of my right to appeal the dismissed claims? See Forsyth v. Humana, Inc., 114 F. 3d 1467, 1474 (9th Cir. 1997) ("It is the law of this circuit that a plaintiff waives all claims alleged in a dismissed complaint which are not realleged in an amended complaint").

3. Was that what the Court was trying to do all along? Was it maliciously attempting to strip me of my right to appeal by trapping me into a third amended complaint where those claims were abandoned, and hope I didn't realize the ramifications of that until it was too late?

4. If that is not what the Court is intending, then I respectfully ask that the Court clarify exactly what it is trying to do by ordering me to file my third amended complaint?

### What's wrong with the second amended complaint?

5. If the Court is not forcing me to abandon the dismissed claims and my right to appeal them, then I respectfully ask the Court to clarify what exactly is wrong with the second amended

complaint as is? In Case 3:24-cv-00398-LJC (Stebbins v. Garcia Baz), the Court is allowing me to proceed on the First Amended Complaint despite it containing claims that were previously dismissed. In Case 4:21-cv-04184-JSW (Stebbins v. Polano), this very judge allowed my Second Amended Complaint to proceed despite it also containing claims that were previously dismissed.

6.      So why exactly does this case, specifically, need a third amended complaint to revise the surviving claims? If the Court's intention is not to trap me into forfeiting my right to appeal, then what is it trying to do?

## Conclusion

7.      Wherefore, premises considered, I respectfully pray that these clarifications will be granted promptly.

So requested on this, the 4th day of December, 2024.

*/s/ David Stebbins*
David Stebbins