David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                      DEFENDANTS

### MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File Third Amended Complaint in the above-styled action.

1.  On December 4, 2024, the Court issued an order giving me 21 days to file a Third Amended Complaint.

2.  I have filed a motion to clarify and a motion for leave to file motion for reconsideration regarding that order.

3.  I therefore respectfully ask that the deadline for filing the third amended complaint be stayed indefinitely until those two motions are disposed of.

So requested on this, the 4th day of December, 2024.

/s/ David Stebbins
David Stebbins