UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                  PLAINTIFF

VS.                                           Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                                                     DEFENDANTS

## ORDER GRANTING MOTION FOR EXTENSION OF
## TIME TO FILE THIRD AMENDED COMPLAINT

    Comes now, before the Court, the Plaintiff's Motion for Extension of Time to File Third Amended Complaint pending resolution of the Plaintiff's Motion to Clarify and Motion for Leave to File Motion for Reconsideration.

    For good cause show, the Court GRANTS this motion. The deadline to file the third amended complaint is hereby stayed indefinitely. Once the motions to clarify and reconsider are properly disposed of, the Court will set a new deadline, if appropriate, for filing the third amended complaint.

    IT IS SO ORDERED.

_____/_____/_____
Date (MM/DD/YYYY)


_____
Signature of Judge