UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHABET INC., et al.,<br><br>   Defendants. | Case No. 22-cv-00546-JSW<br><br>**ORDER GRANTING MOTION FOR CLARIFICATION; DENYING MOTION FOR RECONSIDERATION; DENYING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 37, 38, 39 |

Now before the Court are three motions filed by Plaintiff David A. Stebbins in response to this Court's screening order ("Screening Order"). (Dkt. No. 36.) The Court resolves the motions, as follows:

**A.   The Court GRANTS Plaintiff's Motion for Clarification.**

Plaintiff asks if the Court is requiring him to abandon the dismissed claims, if the Court is intending to trick Plaintiff into forfeiting his claims, and why he cannot proceed with his Second Amended Complaint. At issue appears to be the following language from the Screening Order: "Plaintiff may file a further amended complaint regarding only his remaining claims within twenty-one (21) days of this Order. Plaintiff may not add or revive claims or defendants without leave of Court." (Screening Order, at 12:1-3.)

The Court clarifies that this language permits, but does not require, Plaintiff to file a third amended complaint without further leave of Court within twenty-one (21) days of the Screening Order. If Plaintiff chooses to file a third amended complaint, he may not add new claims or defendants, and he may not proceed on claims which the Court has already dismissed. If Plaintiff does not choose to file a third amended complaint, the action will proceed on the remaining claims from the Second Amended Complaint.

The Court is disinterested in the outcome of Plaintiff's case and does not seek to "trick" Plaintiff.

**B.  The Court DENIES Plaintiff's Motion for Leave to File a Motion for Reconsideration.**

Plaintiff seeks leave to file a motion for reconsideration of the Court's findings in the Screening Order that certain of the allegations in his Second Amended Complaint are "fair use" and not subject to liability.  Alternatively, Plaintiff asks the Court to make specific findings of fact and conclusions of law that the "unclean hands" doctrine does not apply to negate fair use.

The Court declines to exercise its discretion to reconsider the Screening Order.  Fair use by certain of the defendants is apparent from the face of the Second Amended Complaint.  Although Plaintiff characterizes criticism by those defendants as unclean hands, Plaintiff fails to allege that the defendants violated a duty to Plaintiff in connection with fair use of Plaintiff's content.

**C.  The Court DENIES Plaintiff's Motion for an Extension of Time.**

Plaintiff seeks an extension of time to file a potential third amended complaint pending resolution of his motions for clarification and for leave to file a motion for reconsideration. Because the Court hereby resolves those motions, Plaintiff's request for an extension of time is denied as moot.

**IT IS SO ORDERED.**

Dated: December 5, 2024

_____
JEFFREY S. WHITE
United States District Judge