David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                          DEFENDANTS

### MOTION FOR SERVICE OF PROCESS BY THE US MARSHALL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Marshal Service in the above-styled action.

1. The Court has allowed me to file a third amended complaint, but is not requiring me to. I choose not to, so I can preserve the dismissed claims for appeal as previously discussed.

2. YouTube LLC is the one defendant remaining whom I already know their agent for service of process. They can be served with process at the following agent:

> Corporation Service Company
> 2710 Gateway Oaks Dr., Suite 150N
> Sacramento, CA 95833

3. I am proceeding in forma pauperis. This means I am eligible to have service of process conducted by the US Marshall. See Fed.R.Civ.P. 4(c)(3).

4. I therefore ask the Court to (A) order the Clerk's Office to prepare a summons for YouTube LLC, and (B) order the US Marshall to serve said summons and the Second Amended Complaint on YouTube without prepayment of costs.

5. I am also filing a motion for issuance of supboena, seeking to compel YouTube to relinquish the names and last known addresses of the remaining individual defendants. To kill two birds with one stone, the Court may choose to have those sent to the Marshall to be served simultaneously with the summons and complaint.

So requested on this, the 9th day of December, 2024.

/s/ David Stebbins
David Stebbins