UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALPHABET INC., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00546-JSW<br><br>**ORDER DIRECTING US MARSHAL TO SERVE YOUTUBE LLC**<br><br>Re: Dkt. No. 41 |

　　　Plaintiff David A. Stebbins is a pro se litigant proceeding in forma pauperis. (*See* Dkt. No. 8.) On December 4, 2024, the Court determined that certain of Plaintiff's claims in the Second Amended Complaint, (Dkt. No. 32), survive the screening required by 28 U.S.C. section 1915(e)(2) and directed the case to proceed against Defendants YouTube LLC, John Doe #1 d/b/a "Creetosis," and John Doe #4 d/b/a "Bibi Faizi." (Dkt. No. 36.) Plaintiff now moves for an order directing the US Marshal Service to issue a summons and effect service of the summons and Second Amended Complaint on YouTube LLC at the following address:

　　　Corporation Service Company
　　　2710 Gateway Oaks Dr., Suite 150N
　　　Sacramento, CA 95833

　　　The Court ORDERS the U.S. Marshal to serve a copy of the Seconded Amended Complaint and summons upon YouTube LLC at the above address. *See* Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d).

　　　**IT IS SO ORDERED.**

Dated: December 9, 2024

_____
JEFFREY S. WHITE
United States District Judge