David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                       PLAINTIFF

VS.                        Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                                   DEFENDANTS

### MOTION FOR LEAVE TO SERVE PROCESS ON CREETOSIS BY EMAIL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to Serve Process on Creetosis by Email.

**Creetosis is from Canada.**

1. I do not currently know Creetosis's legal name or address. I will have to get that information from co-defendant YouTube during early discovery.

2. According to Creetosis's own posts on Discord, he is a resident (and presumably citizen) of the country of Canada. To prove this, see **Exhibit A**, a compilation of sscreenshots a posts he made on his own discord server a little over the years.

**We cannot currently send mail to Canada due to a labor strike.**

3. Because he is from Canada, service of process normally must be done pursuant to the Hague Convention. See https://www.haguelawblog.com/2017/01/serve-process-canada/.

4. However, as of the time of this writing, all mail to Canada is blocked until further notice due a labor strike with the Canadian postal service. See https://about.usps.com/newsroom/service-alerts/international/canada-suspension.htm?_gl=1*l3kdq6*_gcl_au*MTEwMDQ3MjkxNi4xNzM0ODA5MTY2*_ga*NDg3NTE4NzY5LjE3MzQ4MDkxNjc.*_ga_3NXP3C8S9V*MTczNDgwOTE2Ni4xLjEuMTczNDgwOTE3MC4wLjAuMA.

5. This means that the central authority for Canada cannot receive the papers to serve on Creetosis.

6. Even if we were to pursue alternate methods, such as hiring a local process server to

serve process on our behalf, we would still need to mail the papers to that process server, so it's a Catch-22.

**The Court has discretion to allow this.**

7.      The Court has discretion to grant leave to serve the defendant via email, as long as service by email is reasonably calculated to reach the defendant, and service pursuant to the Hague Convention is either unavailable or has been attempted to no avail. In fact, this very judge has granted me similar leave in the past; see Case 4:21-cv-04184-JSW, Dkt. 117.

8.      Service pursuant to the Hague Convention has been proven to be unavailable, as described above. Therefore, it's email or nothing.

**Creetosis is reasonably calculated to receive service by email if it is sent to the email address of <u>hoothootmotherfker@gmail.com</u>.**

9.      In the past, the Court has previously accepted email conversations where the defendant has responded to the plaintiff as proof that service by email is reasonably likely to reach the defendant if sent to that email address, like in Case 4:21-cv-04184-JSW, Dkt. 117.

10.     The email address of <u>hoothootmotherfker@gmail.com</u> is listed on Creetosis's YouTube channel as his business email address. See **Exhibit B**.

11.     So far, Creetosis has not responded to any of my emails. However, in his Discord server, he has acknowledged receipt of them. His intention is to pretend like he never received them and outright lie to the Court to try and delay proceedings. See **Exhibit C**. He was obviously hoping I wouldn't have screenshot proof of these confessions, and as I look through the server now, it seems that he has deleted these posts. But I already have them saved as screenshots, so I still have proof that he said these things and deleted them.

12.     The confessions in Exhibit C prove that sending email to that email address does in fact reach him, and the fact that they were deleted proves that he has a guilty mindset in making those confessions. Therefore, the other requirement to leave to serve process via email has been met.

**Relief Requested**

13.     I therefore ask the Court to ...

   (a)     direct the Clerk to prepare and issue a summons for "John Doe, d.b.a. Creetosis, the

owner and operator of the YouTube channel found at the url of youtube.com/@creetosis," and upload that to Pacer; and

(b)    grant me leave to serve the summons and Second Amended Complaint on Creetosis via email, send to the email address of hoothootmotherfker@gmail.com.

14.    I still reserve the right to discover his legal name and address through discovery, if only so I can enforce the judgment against him and collect the money I am owed.

## Conclusion

15.    Wherefore, premises considered, I respectfully pray that this motion for leave to serve process by email be granted.

So requested on this, the 21st day of December, 2024.

*/s/ David Stebbins*
David Stebbins