# Exhibit A



**Creetosis** • 6/29/2022, 7:44:38 PM • Jump to message

"so a random canadian thinks a random sweede is a mafia don and was asking for orders to make fun of you, Mr Stebbins?"

"Yes, throw them both in jail for 200 years!!"

Jump to reply   **Moosh-152** Imagine the effect if it came out that the "random Canadian" was Justin Trudeau



**Creetosis** • 6/29/2022, 8:16:09 PM • Jump to message

the random canadian is me



Creetosis • 1/31/2023, 5:21:23 PM • Jump to message

I'm a far harder target to hit, due to being in Canada

2. The defendant is an anonymous man who publishes on YouTube under the alias SidAlpha. His YouTube channel can be found at the url of www.youtube.com/@SidAlpha. I do not currently know his name or address, but he is a member of the YouTube Partner Program, so this information can easily be subpoenaed from YouTube.

**II: JURISDICTION AND VENUE**

3. This Court has subject-matter jurisdiction grounded in diversity of citizenship. I am a resident of the State of Arkansas, and SidAlpha is almost certainly a resident of a different state, although I will have to get the subpoena from YouTube to know for sure. If, upon receiving the subpoena response, it is confirmed that SidAlpha is also a resident of Arkansas, feel free to dismiss this complaint without prejudice.

 **Creetosis** • 1/31/2023, 5:16:44 PM • Jump to message
What a cunt

 **Creetosis** • 1/31/2023, 5:21:23 PM • Jump to message
I'm a far harder target to hit, due to being in Canada



Creetosis • 1/31/2023, 5:21:23 PM • Jump to message

I'm a far harder target to hit, due to being in Canada



**Creetosis** • 10/25/2023, 9:01:22 PM • Jump to message

He wants to sue me here in canada, but that's a very difficult thing for him to do, he's almost certainly going to get filtered