# Exhibit B



Source: https://www.youtube.com/@creetosis/about