David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                                DEFENDANTS

## SUPPLEMENTAL BRIEF IN SUPPORT OF DKT. 45, MOTION FOR LEAVE TO SERVE PROCESS ON CREETOSIS BY EMAIL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplemental Brief in Support of Motion for Leave to Serve Process on Creetosis by Email.

1. As of December 23, 2024, the Canadian postal worker strike has ended. However, mail to Canada is still suspended. See https://about.usps.com/newsroom/service-alerts/international/canada-suspension.htm?_gl=1*ua07if*_gcl_au*MTEwMDQ3MjkxNi4xNzM0ODA5MTY2*_ga*NDg3NTE4NzY5LjE3MzQ4MDkxNjc.*_ga_3NXP3C8S9V*MTczNTM1Mjg3NC40LjEuMTczNTM1Mjg3NC4wLjAuMA...

2. If mail to Canada is recommencing within the next two weeks, like USPS projects, I will withdraw the motion.

3. That said, my other allegations (that Creetosis is planning on intentionally lying to the Court to try and give it and me the run-around in this case) still remains.

So declared on this, the 27th day of December, 2024.

/s/ David Stebbins
David Stebbins