David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                        Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                      DEFENDANTS

### NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO SERVE PROCESS ON CREETOSIS BY EMAIL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Withdrawal of my Motion for Leave to Serve Process on Creetosis by Email.

1. As I alluded to earlier, the US Post Office has once again resumed mail to Canada. See https://about.usps.com/newsroom/service-alerts/international/canada-suspension.htm?_gl=1*l3kdq6*_gcl_au*MTEwMDQ3MjkxNi4xNzM0ODA5MTY2*_ga*NDg3NTE4NzY5LjE3MzQ4MDkxNjc.*_ga_3NXP3C8S9V*MTczNDgwOTE2Ni4xLjEuMTczNDgwOTE3MC4wLjAuMA..

2. Therefore, at least for the time being, there is no need for me to serve process on Creetosis by email. Therefore, that motion is hereby withdrawn.

3. I reserve the right to re-file this motion at a later date if we attempt service of process on Creetosis, pursuant to the Hague Convention, and it is not returned successfully executed for whatever reason.

So notified on this, the 9th day of January, 2025.

/s/ David Stebbins
David Stebbins

Case 3:22-cv-00546-JSW                    -1-