David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                     Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                          DEFENDANTS

### CERTIFICATE OF SERVICE OF DKT 49, ORDER SETTING CASE MANAGEMENT CONFERENCE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Certificate of Service in the above-styled action.

1. The Court ordered me to serve a copy of the Order Setting Case Management Conference on all remaining defendants. I assume the Court already knows that the defendants haven't been served with process yet, otherwise it would have no reason to *tell me* to serve them with this order, so I assume it is aware of any procedural can of worms it may be opening by imposing obligations onto the defendants before they've been served with process. I'll let the Court worry about that. If it ends up being improper, you're the one who will be sanctioned by the JDDC for it, not me.

2. Anyway, per this order, I have emailed a copy of this order to the email address of hoothootmotherfker@gmail.com for Creetosis, and nftmofo@gmail.com for Bibi Faizi. I do not know the individual defendants' real names or addresses, so I couldn't serve them with a copy of that order any other way, even if I wanted to.

3. For YouTube and Alphabe, I also emailed this order to the email addresses of legal@support.youtube.com and google-legal-support@google.com, respectively.

4. A screenshot of this email is being attached as **Exhibit A**.

So certified on this, the 15th day of January, 2025.

/s/ David Stebbins
David Stebbins

Case 3:22-cv-00546-JSW                -1-                Certificate of Service