| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A. Stebbins | 4:22-cv-00546-JSW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Alphabet Inc. | Summons, Order, Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
YouTube LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Corporation Service Company 2710 Gateway Oaks Dr., Suite 150N Sacramento, CA 95833

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| David A. Stebbins<br>123 W. Ridge Ave., APT D<br>Harrison, AR 72601 | Number of process to be served with this Form 285: **3** |
| | Number of parties to be served in this case: **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED
JAN 14 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
United States Marshal
DEC 16 2024
Northern District of
California - Oakland

| Signature of Attorney other Originator requesting service on behalf of:<br>*Felicia Brown*  [X] PLAINTIFF  [ ] DEFENDANT | TELEPHONE NUMBER<br>415-522-2063 | DATE<br>12/12/2024 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 | District of Origin<br>No. 11 | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date<br>12/16/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | [ ] am<br>[ ] pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

RECEIVED

JAN 10, 2025

UNITED STATES MARSHAL
NORTHERN DISTRICT
OF CALIFORNIA

|  |  |
|---|---|
| David A. Stebbins | ) |
| *Plaintiff(s)* | ) |
| v. | )    Case No.   4:22-cv-00546-JSW |
| Alphabet Inc. | ) |
| *Defendant(s)* | ) |

**FILED**

JAN 14 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    YouTube LLC
    Corporation Service Company
    2710 Gateway Oaks Dr., Suite 150N
    Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David A. Stebbins
    123 W. Ridge Ave., APT D
    Harrison, AR 72601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date:    12/12/2024



Felicia Brown

*Signature of Clerk or Deputy Clerk*

