**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A. Stebbins | 4:22-cv-00546-JSW |
| DEFENDANT | TYPE OF PROCESS |
| Alphabet Inc. | Summons, Order, Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

YouTube LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Corporation Service Company 2710 Gateway Oaks Dr., Suite 150N Sacramento, CA 95833

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| David A. Stebbins<br>123 W. Ridge Ave., APT D<br>Harrison, AR 72601 | Number of process to be served with this Form 285 — **3** |
| | Number of parties to be served in this case — **1** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, *All Telephone Numbers, and Estimated Times Available for Service):*

FILED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
United States Marshal
DEC 16 2024
Northern District of
California - Oakland

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Felicia Brown* | | 415-522-2063 | 12/12/2024 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 97 | *T.R.O.* | 12/16/2024 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| CRYSTAL COLLINS  RECEPTIONIST | 1/15/25 | 1052 | ☒ am  ☐ pm |
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Served

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case No.   4:22-cv-00546-JSW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   YouTube LLC

was received by me on *(date)*   1/14/2025   .

( )  I personally served the summons on the individual at *(place)*

_____   on *(date)*   1/15/25   ; or

( )  I left the summons at the individual's residence or usual place of abode with
*(name)*   _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

(X)  I served the summons on *(name of individual)*   CRYSTAL Collins   , who is

designated by law to accept service of process on behalf of *(name of organization)*   YouTube LLC

_____   on *(date)*   1/15/2025 ; or

( )  I returned the summons unexecuted because _____ ; or

( )  Other
*(specify)*:   _____

_____

My fees are $   113.40   for travel and $   130   for services, for a total of $   243.40   .

I declare under penalty of perjury that this information is true.

Date:   1/15/25

_____
Server's signature

MARCO RODRIGUEZ, DUSM
Printed name and title

1301 CLAY ST. OAKLAND CA
Server's address

Additional information regarding attempted service, etc: