LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile:  (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER, (*pro hac vice application forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

Counsel for Defendant YouTube, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC. et al.,<br><br>　　　　Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**DEFENDANT YOUTUBE, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed: January 27, 2022 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant YouTube, LLC discloses the following:

1. YouTube, LLC is a subsidiary of Google LLC, which is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: January 30, 2025                             Respectfully submitted,

                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation

                                                    By:  /s/ *Laura Hernandez*
                                                         Laura Hernandez

                                                    *Counsel for Defendant YouTube, LLC*