LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER, (*pro hac vice application forthcoming*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC. et al.,<br><br>　　　　Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**DEFENDANT YOUTUBE, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed: January 27, 2022 |

Pursuant to Civil L.R. 3-15(b)(1), the undersigned counsel for Defendant YouTube, LLC certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15(b)(2), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC, parent company of YouTube, LLC;
2. XXVI Holdings Inc., holding company of Google LLC;
3. Alphabet Inc., holding company of XXVI Holdings Inc.; and
4. The individual "John Doe" defendants named in Plaintiff's Second Amended Complaint, including "Creetosis," the alleged direct infringer of Plaintiff's copyright, and "Bibi Faizi," against whom Plaintiff asserts a misrepresentation claim under the Digital Millennium Copyright Act. *See* Dkt. 36 at 11.

Dated: January 30, 2025                             Respectfully submitted,

                                                    WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation

                                                    By:  /s/ *Laura Hernandez*
                                                          Laura Hernandez

                                                    *Counsel for Defendant YouTube, LLC*