LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC. et al.,<br><br>    Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**DECLARATION OF JEREMY P. AUSTER IN SUPPORT OF DEFENDANT YOUTUBE, LLC'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Action Filed: January 27, 2022 |

I, Jeremy P. Auster, declare and state as follows:

1. I am an attorney duly licensed to practice in New York, and have been admitted *pro hac vice* in this action. I am an associate with the law firm of Wilson Sonsini Goodrich & Rosati, P.C. and represent Defendant YouTube, LLC ("YouTube") in this action. I submit this Declaration in Support of YouTube's Motion to Dismiss and the accompanying Request for Judicial Notice and Consideration of Materials Incorporated by Reference in Support of Motion to Dismiss. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify fully and accurately thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of YouTube's Terms of Service, effective from May 25, 2018 to December 9, 2019. This document is also publicly available online at: https://www.youtube.com/t/terms?archive=20180525.

3. Attached hereto as **Exhibit 2** is a true and correct copy of YouTube's Terms of Service, effective from December 10, 2019 to November 17, 2020. This document is also publicly available online at: https://www.youtube.com/t/terms?archive=20191210.

4. Attached hereto as **Exhibit 3** is a true and correct copy of YouTube's Terms of Service, effective from November 18, 2020 to March 16, 2021. This document is also publicly available online at: https://www.youtube.com/t/terms?archive=20201118.

5. Attached hereto as **Exhibit 4** is a true and correct copy of YouTube's Terms of Service, effective from March 17, 2021 to January 4, 2022. This document is also publicly available online at: https://www.youtube.com/t/terms?archive=20210317.

6. Attached hereto as **Exhibit 5** is a true and correct copy of YouTube's Terms of Service, effective from January 5, 2022 to December 14, 2023. This document is also publicly available online at: https://www.youtube.com/t/terms?archive=20220105.

7. Attached hereto as **Exhibit 6** is a true and correct copy of YouTube's Terms of Service, effective from December 15, 2023 to the present. This document is also publicly available online at: https://www.youtube.com/t/terms.

8. Attached hereto as **Exhibit 7** is a certified Certificate of Registration for U.S. Copyright No. PA 2-335-063, titled "Fallout: New Vegas Retrospective" (the "Certificate"), which I received from the United States Copyright Office by mail on January 14, 2025.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: February 5, 2025

By: /s/ *Jeremy P. Auster*
Jeremy P. Auster

JEREMY P. AUSTER DECLARATION I-S-O YOUTUBE'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE       -2-       CASE NO.: 4:22-CV-00546-JSW