# Exhibit 7

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-335-063

**Effective Date of Registration:**
December 17, 2021
**Registration Decision Date:**
February 14, 2022

---

## Title

**Title of Work:** Fallout: New Vegas Retrospective

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 13, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** David Anthony Stebbins
  **Pseudonym:** Acerthorn
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States
  **Anonymous:** Yes
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** David Anthony Stebbins
123 W. Ridge Ave., APT D, Harrison, AR, 72601, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting music

**New material included in claim:** all other cinematographic material, additional new footage, production as a
motion picture, revisions/additions to script

## Rights and Permissions

**Name:** David Anthony Stebbins
**Email:** acerthorn@yahoo.com

**Telephone:** (870)212-4947
**Address:** 123 W. Ridge Ave.
APT D
Harrison, AR 72601 United States

## Certification

**Name:** David Stebbins
**Date:** December 17, 2021

**Registration #:**   PA0002335063
**Service Request #:**   1-11055101601

David Anthony Stebbins
123 W. Ridge Ave.
APT D
Harrison, AR 72601 United States



# COPY OF REGISTRATION

## PA 2-335-063

**Registration Number**

# PA 2-335-063

**Effective Date of Registration:**
December 17, 2021
**Registration Decision Date:**
February 14, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Fallout: New Vegas Retrospective |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 13, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

- | | |
  |---|---|
  | **Author:** | David Anthony Stebbins |
  | **Pseudonym:** | Acerthorn |
  | **Author Created:** | entire motion picture |
  | **Citizen of:** | United States |
  | **Domiciled in:** | United States |
  | **Anonymous:** | Yes |
  | **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | David Anthony Stebbins |
| | 123 W. Ridge Ave., APT D, Harrison, AR, 72601, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting music |
| **New material included in claim:** | all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script |

## Rights and Permissions

| | |
|---|---|
| **Name:** | David Anthony Stebbins |
| **Email:** | acerthorn@yahoo.com |

**Telephone:**  (870)212-4947
**Address:**  123 W. Ridge Ave.
APT D
Harrison, AR 72601 United States

## Certification

**Name:**  David Stebbins
**Date**:  December 17, 2021

**Registration #:**   PA0002335063
**Service Request #:**   1-11055101601

David Anthony Stebbins
123 W. Ridge Ave.
APT D
Harrison, AR 72601 United States



# COPY OF E-FILE APPLICATION

NOTE: The attached is a true representation of the information submitted to the Copyright Office in association with the electronic application for registration of material identified as **FALLOUT: NEW VEGAS RETROSPECTIVE** service number **SR# 1-11055101601**. In the course of the Copyright Office's consideration of the application, the submitted information may have been amended in accordance with the wishes of the applicant. However any such amendments are not reflected in this Application Report. Any such amendments will be reflected via a comparison between the Application Report and the Registration Certificate. Amendments may also be reflected in the correspondence records associated with an application.

The attached Application Template is meant to reflect the fields that are available to be populated in the application process. The purpose of the Application Template is not to attempt to indicate the exact language used on the date upon which the application in question was submitted.   Rather, the purpose is to portray, and in a general sense explain, the fields that may be populated in an online application.

Registration Number

**\*-APPLICATION-\***

## Title

| | |
|---|---|
| **Title of Work:** | Fallout: New Vegas Retrospective |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | October 13, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | David Anthony Stebbins |
| **Pseudonym:** | Acerthorn |
| **Author Created:** | entire motion picture |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Anonymous:** | Yes |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | David Anthony Stebbins |
| | 123 W. Ridge Ave., APT, Harrison, AR, 72601, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting music |
| **New material included in claim:** | all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script |

## Rights and Permissions

| | |
|---|---|
| **Name:** | David Anthony Stebbins |
| **Email:** | acerthorn@yahoo.com |
| **Telephone:** | (870)212-4947 |

**Address:** 123 W. Ridge Ave.
APT
Harrison, AR 72601 United States

## Certification

**Name:** David Stebbins
**Date:** December 17, 2021

Registration #:    *-APPLICATION-*
Service Request #:  1-11055101601

## Mail Certificate _____

David Anthony Stebbins
123 W. Ridge Ave.
APT
Harrison, AR 72601 United States

**Priority:**   Routine                    **Application Date:**   December 17, 2021

**Note to C.O.:** This video being registered is a fair use retrospective, review, critique, and analysis of a video game known as "Fallout: New Vegas." The game was developed by Obsidian Entertainment, Inc. and was published by Bethesda Softworks, LLC, so they own the copyright to the gameplay footage I am using in this fair use video. The music was composed by a musician who goes by the musician Inon Zur, so he owns the copyright to that music. This is why I checked the boxes for "pre-existing footage" and "pre-existing music" in the sections of this registration for "limitation of claim." Please consider this before you email me to request clarification and therefore delay the processing of this application.

## Correspondent _____

**Name:**   David Anthony Stebbins
**Email:**   acerthorn@yahoo.com
**Telephone:**   (870)212-4947
**Address:**   123 W. Ridge Ave.
APT
Harrison, AR 72601 United States

# APPLICATION TEMPLATE FOR COPYRIGHT REGISTRATION

**\* Designates Required Fields**

# 1 WORK BEING REGISTERED

**1a. \* Type of work being registered** (*Fill in one only*)

- ☐ Literary work
- ☐ Visual arts work
- ☐ Sound recording
- ☐ Performing arts work
- ☐ Motion picture/audiovisual work
- ☐ Single serial issue

**1b. \* Title of this work** (*one title per space*)

**1c.** For a serial issue:  Volume _____  Number _____  Issue _____  ISSN _____

Frequency of publication: _____  Other _____

**1d.** Previous or alternative title _____

**1e. \* Year of completion** _____

**Publication** (*If this work has not been published, skip to section 2*)

**1f.** Date of publication _____ (mm/dd/yyyy)    **1g.** ISBN _____

**1h.** Nation of publication  ☐ United States  ☐ Other    Other _____

**1i.** Published as a contribution in a larger work entitled _____

**1j.** If line 1i above names a serial issue  Volume _____  Number _____  Issue _____  On pages _____

**1k.** If work was preregistered  Number  PRE- _____

# 2 AUTHOR INFORMATION

**2a.** Personal name    **\* complete either 2a or 2b**
First Name _____    Middle _____    Last _____

**2b.** Organization name _____

**2c.** Doing business as _____

**2d.** Year of birth _____    **2e.** Year of death _____

**2f. \***  ☐ Citizenship  ☐ United States  ☐ Other    Other _____
          ☐ Domicile  ☐ United States  ☐ Other    Other _____

**2g.** Author's contribution:  ☐ Made for hire  ☐ Anonymous
                               ☐ Pseudonymous    (Pseudonym is: _____)

**2h. \* This author created** *Fill in only the authorship that applies to this author*

Depending upon the type of work being registered, Applicant may select various types of authorship. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing/Editor
- Entire Motion Picture
- Direction/Director
- Production/Producer
- Script/Screenplay
- Cinematography/Cinematographer
- Sound Recording

- Music
- Lyrics
- Performance
- Production
- Remix
- Photograph(s)
- Artwork
- Compilation

- Text of Liner Notes
- Text
- 2-D Artwork
- Photograph(s)
- Sculpture/3-D Artwork
- Jewelry Design
- Architectural Work

- Map and/or Technical Drawing
- Musical Arrangement
- Translation
- Compilation
- Computer Program
- Other

Other: _____

1

# 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** • *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields.

**3a.** Personal name    First Name            Middle            Last

**3b.** Organization name

**3c.** Doing business as

**3d.** Street address *

Street address (line 2)

City *            State            ZIP / Postal code            Country

Email            Phone number            (Add "+" and country code for foreign numbers)

**3e.** If claimant is **not** an author, copyright ownership acquired by:    ☐ Written agreement ☐ Will or inheritance ☐ Other

Other

# 4 LIMITATION OF COPYRIGHT CLAIM                    Skip section 4 if this work is all new.

**4a.** Material excluded from this claim (*Material previously registered, previously published, or not owned by this claimant*) Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Script/Screenplay
- Preexisting music
- Preexisting footage
- Preexisting photograph(s)
- Sound recording
- Production

- Performance
- Music
- Lyrics
- Text
- 2D Artwork
- Jewelry design

- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement
- Artwork
- Computer program
- Editing

- Translation
- Compilation
- Other

**4b.** Previous registration(s)    Number            Year

**4c.** New material included in this claim (*The work contains new, additional, or revised material*) Depending upon the type of work being registered, Applicant may select various types of material. The options, which have changed over time and which differ depending on the type of work being registered, have included:

- Editing
- New narration
- Additional new footage
- Revisions/additions to script
- Production as a motion picture

- All other cinematographic material
- Sound recording
- Production
- Performance
- Music
- Lyrics
- Text

- 2D Artwork
- Photograph(s)
- Jewelry design
- Architectural work
- Sculpture/3D Artwork
- Map and/or technical drawing
- Musical arrangement

- Artwork
- Translation
- Compilation
- Computer program
- Other

Other:

# 5 RIGHTS AND PERMISSIONS CONTACT

First Name            Middle            Last

Name of organization

Street address

2

Street address (line 2)

| City | State | ZIP / Postal code | Country |
|---|---|---|---|

| Email | Phone number | |
|---|---|---|
| | | *(Add "+" and country code for foreign numbers)* |

# 6 CORRESPONDENCE CONTACT

| First name * | Middle | Last * |
|---|---|---|

Name of organization

Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|

| Email * | Daytime phone number | |
|---|---|---|
| | | *(Add "+" and country code for foreign numbers)* |

**\* Complete either 7a, 7b, or both**

# 7 MAIL CERTIFICATE TO:

| 7a. First Name | Middle | Last |
|---|---|---|

7b. Name of organization

7c. Street address *

Street address (line 2)

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|

# 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.

**8a.** Signature

| **8b.** Printed name | **8c.** Date signed |
|---|---|

| **8d.** Deposit account number | Account holder |
|---|---|

3

**9** Note to Copyright Office (Optional):

**10** **Special Handling (Optional)**

Complete this section only if you are applying for special handling of the case. The Application must be certified for Special Handling by the author/claimant of exclusive right(s), or by the authorized agent of any of the preceding.
**Warning: The special handling fee for a single claim is $760**

Special Handling (The information requested below is required for Special Handling claims) ☐

**Compelling Reason(s)** (At least one must be selected)

Pending or prospective ☐
Customs matters ☐
Contract or publishing deadlines that necessitate the expedited issuance of a certificate ☐

I certify that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work. ☐

Explanation for Special Handling:

This is the place to give any comments/instructions regarding special handling specific to this claim.

4



# COPY OF CORRESPONDENCE

## PA 2-335-063
## SR 1-11055101601

<u>**Correspondence Activities Report**</u>

**SR** 1-11055101601
**Activity Type:** Email - Outbound
**Created on:** 12/17/2021 05:02:40 PM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Fallout: New Vegas Retrospective were received by the U.S.Copyright Office on 12/17/2021.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-11055101601 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-11055101601. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 12/17/2021 05:11:21 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**


Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-11055101601

File Name :fallout_new_vegas_retrospective.mp4
File Size :327903139 KB
Date/Time :12/17/2021 5:09:44 PM


[THREAD ID: 1-52TYLGX]

United States Copyright Office



COPY OF DEPOSIT

PA 2-335-063

SR 1-11055101601

NOTE: Deposits submitted electronically bear no
identifying marks.