LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHABET INC. et al.,<br><br>　　　　Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**DECLARATION OF AAMIR HASNAT IN SUPPORT OF DEFENDANT YOUTUBE, LLC'S MOTION TO DISMISS**<br><br>Action Filed: January 27, 2022 |

I, Aamir Hasnat, declare as follows:

1. I am a policy specialist at Google LLC, which is the parent company of defendant YouTube, LLC ("YouTube") and the provider of the YouTube service. I submit this Declaration in support of YouTube's accompanying Motion to Dismiss. I have personal knowledge of the facts and circumstances described below based on my review of Google's internal business records, and would testify to them if called upon as a witness.

2. I understand that Plaintiff's Second Amended Complaint includes a copyright infringement claim against YouTube that concerns two separate livestream videos that were uploaded by a third-party YouTube user to a YouTube channel called "Creetosis."

3. Submitted with this declaration as **Exhibit A**, in the form of an external flash drive, is a true and correct copy of Google's internal preservation copy of the YouTube video that our records indicate was previously publicly available at https://youtu.be/gagv7c-CD-U ("Livestream #1"). This video was removed from the "Creetosis" channel on September 7, 2023.

4. Submitted with this declaration as **Exhibit B**, in the form of an external flash drive, is a true and correct copy of Google's internal preservation copy of the YouTube video that our records indicate was previously publicly available at https://youtu.be/iZMk6tzXpm4. ("Livestream #2"). This video was removed from the "Creetosis" channel on September 7, 2023.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on February 5, 2025 in San Francisco, CA.

By: _____
Aamir Hasnat