1  LAURA HERNANDEZ, State Bar No. 344641
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   One Market Plaza, Spear Tower, Suite 3300
3  San Francisco, CA 94105-1126
   Telephone: (415) 947-2000
4  Facsimile: (866) 974-7329
   Email: lhernandez@wsgr.com
5
   JEREMY P. AUSTER (*admitted pro hac vice*)
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  1301 Avenue of the Americas, 40th Floor
   New York, NY 10019-6022
8  Telephone: (212) 999-5800
   Facsimile: (866) 974-7329
9  Email: jauster@wsgr.com

10 *Counsel for Defendant YouTube, LLC*

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 DAVID A. STEBBINS,                    ) Case No.: 4:22-cv-00546-JSW
                                         )
14         Plaintiff,                    ) **MANUAL FILING NOTIFICATION**
                                         ) **REGARDING EXHIBITS A & B:**
15    v.                                 ) **VIDEO FILES TO THE**
                                         ) **DECLARATION OF AAMIR HASNAT**
16 ALPHABET INC. et al.,                 ) **IN SUPPORT OF YOUTUBE, LLC'S**
                                         ) **MOTION TO DISMISS**
17         Defendants.                   )
                                         ) Action Filed: January 27, 2022
18                                       )
                                         )
19                                       )
                                         )
20

21                        **MANUAL FILING NOTIFICATION**

22 Regarding: EXHIBITS A & B TO THE DECLARATION OF AAMIR HASNAT

23       This filing is in paper or physical form only, and is being maintained in the case file in

24 the Clerk's office.

25       If you are a participant in this case, this filing will be served in hard-copy shortly.

26       For information on retrieving this filing directly from the Court, please see the Court's

27 main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28

MANUAL FILING NOTIFICATION re EXHIBITS A & B TO                    CASE NO.: 4:22-cv-00546-JSW
THE DECLARATION OF AAMIR HASNAT ISO YOUTUBE,
LLC'S MOTION TO DISMISS

1 | This filing was not e-filed for the following reason(s):

2 | \_\_\_\_\_ Voluminous Document (PDF file size larger than e-filing system allowances)

3 | \_\_\_\_\_ Unable to Scan Documents

4 | \_\_\_\_\_ Physical Object (description): _____

5 | \_\_X\_\_ Non-Graphical/Textual Computer File (audio, video, etc.) on CD or other media

6 | \_\_\_\_\_ Item Under Seal

7 | \_\_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53)

8 | \_\_\_\_\_ Other (description): _____

Dated: February 5, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Jeremy P. Auster*
Jeremy P. Auster (*admitted pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
E-mail: jauster@wsgr.com

Laura Hernandez, State Bar No. 344641
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 9105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
E-mail: lhernandez@wsgr.com

*Counsel for Defendant YouTube, LLC*

MANUAL FILING NOTIFICATION RE EXHIBITS A & B TO THE DECLARATION OF AAMIR HASNAT ISO YOUTUBE, LLC'S MOTION TO DISMISS      -1-      CASE NO.: 4:22-CV-00546-JSW