UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC. et al.,<br><br>    Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE, LLC'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF MATERIALS INCORPORATED BY REFERENCE**<br><br>Action Filed: January 27, 2022 |

This matter came before the Court on the motion by Defendant YouTube, LLC ("YouTube") for an order dismissing with prejudice Plaintiff's sole remaining claim against YouTube for vicarious copyright infringement. Having considered the moving and reply papers, YouTube's Request for Judicial Notice and Consideration of Materials Incorporated by Reference ("Request for Judicial Notice"), all papers in opposition, the argument of counsel, the pleadings and files in this action, and all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that YouTube's Request for Judicial Notice is GRANTED for the reasons described therein, and

IT IS FURTHER ORDERED that YouTube's Motion to Dismiss is GRANTED for the reasons described therein, and Plaintiff's claim against YouTube for vicarious copyright infringement is hereby DISMISSED in its entirety with prejudice.

**IT IS SO ORDERED**

Dated: _____

_____
HON. JEFFREY S. WHITE
United States District Judge