# CERTIFICATE OF SERVICE

I, Jeremy Auster, declare:

I am an attorney duly licensed to practice in New York and an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC ("YouTube") in this action. My business address is Wilson Sonsini Goodrich & Rosati, P.C., 1301 Avenue of the Americas, 40th Floor, New York, New York 10019-6022. My email address is jauster@wsgr.com.

On February 5, 2025, I served or caused to be served:

1. **[VIDEO FILES] EXHIBITS A-B TO THE DECLARATION OF AAMIR HASNAT**

☒ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

David A. Stebbins
123 W. Ridge Ave., Apt D
Harrison, AR 72601

☒ By forwarding the document(s) by electronic transmission on February 5, 2025 to the Internet email address(es) listed below:

David A. Stebbins (acerthorn@yahoo.com)
*Pro Se Plaintiff*

2. **YOUTUBE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**
3. **YOUTUBE, LLC'S REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF MATERIALS INCORPORATED BY REFERENCE**
4. **DECLARATION OF AAMIR HASNAT**
5. **DECLARATION OF JEREMY P. AUSTER WITH ACCOMPANYING EXHIBITS**

☒ By CM/ECF to all known parties who have appeared in this case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed at New York, New York on February 5, 2025.

_____
Jeremy Auster