David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                     Case 3:22-cv-00546-JSW

EMILY REBÔLO, ET AL                                          DEFENDANTS

### MOTION TO STAY DKT 59, MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE SAME, UNTIL ALL DEFENDANTS HAVE BEEN SERVED WITH PROCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Stay consideration of the current pending Motion to Dismiss, or in the alternative to strike same, until all remaining parties have been served with process and have either appeared in the case or been entered in default.

1. It makes sense, in the interests of judicial economy, to stay all dispositive motions and pleadings until all the defendants have either appeared or been entered in default. That is what we did in Case 4:21-cv-04184-JSW (Stebbins v. Polano), and that is what we should do here.

2. Alphabet and YouTube, however, have opted to file a motion to dismiss. See Dkt. 58.

3. To preserve judicial economy and prevent piecemeal litigation, I ask that this Court either (A) issue a stay on the motion to dismiss, (B) strike it without prejudice, or (C) deny it without prejudice, and then order YouTube and Alphabet to conduct limited discovery with me so I can learn the legal names and addresses of the two remaining individual defendants, whose psuedonyms are Creetosis and Bibi Faizi, respectively.

So requested on this, the 5th day of February, 2025.

/s/ David Stebbins
David Stebbins