David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                                DEFENDANTS

## PROPOSED ORDER GRANTING MOTION TO STAY DKT 59, MOTION TO DISMISS, OR IN THE ALTERNATIVE TO STRIKE SAME

Comes now, before the Court, Plaintiff David Stebbins' Motion to Stay Consideration of Dkt. 59, Motion to Dismiss, or in the Alternative to Strike Same. For good cause shown, the Court GRANTS this motion and hereby STRIKES WITHOUT PREJUDICE the Motion to Dismiss.

The parties who have appeared in this case are hereby ordered to conduct limited discovery for the exclusive purpose of learning the legal names and addresses of the two remaining individual defendants – whose psuedonyms are Creetosis and Bibi Faizi, respectively – so that the Plaintiff may serve them with process.

IT IS SO ORDERED.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)