LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC. et al.,<br><br>Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**DECLARATION OF JEREMY P. AUSTER IN SUPPORT OF DEFENDANT YOUTUBE, LLC'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES PENDING RESOLUTION OF YOUTUBE'S MOTION TO DISMISS**<br><br>Action Filed: January 27, 2022 |

DECLARATION OF JEREMY P. AUSTER ISO YOUTUBE'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES

CASE NO.: 4:22-CV-00546-JSW

I, Jeremy P. Auster, Esq., declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC ("YouTube") in this action. I submit this declaration in support of YouTube's Administrative Motion to Continue the Initial Case Management Conference and Associated Deadlines. I have personal knowledge of the facts and circumstances described below, and would testify to them if called upon as a witness.

2. On February 5 and 6, 2025, I emailed with Plaintiff David Stebbins to ask whether he would stipulate to a continuation of the February 28, 2025 Initial Case Management Conference, including all associated deadlines, until the Court rules upon YouTube's pending Motion to Dismiss. Mr. Stebbins responded that he would not agree to such a stipulation, and took the position that consideration of YouTube's Motion to Dismiss should be indefinitely stayed until the individual defendants have been served with process and either "appeared in the case or been entered in default."

3. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on February 7, 2025 in New York, New York.

By: /s/ *Jeremy P. Auster*
    Jeremy P. Auster