UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　Plaintiff,<br><br>　v.<br><br>ALPHABET INC. et al.,<br><br>　　Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT YOUTUBE, LLC'S ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES PENDING RESOLUTION OF YOUTUBE'S MOTION TO DISMISS**<br><br>Action Filed: January 27, 2022 |

Upon consideration of Defendant YouTube, LLC's Administrative Motion to Continue the Initial Case Management Conference, including all associated deadlines, pending resolution of YouTube's Motion to Dismiss (ECF No. 58), and upon good cause showing, it is hereby ORDERED as follows:

1. The Initial Case Management Conference currently scheduled for February 28, 2025, at 11:00 a.m. PT, and all associated deadlines, are hereby CONTINUED. The court will reschedule the Initial Case Management Conference, if necessary, after ruling on YouTube's Motion to Dismiss.

**IT IS SO ORDERED**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge