UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>  Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>  Defendants. | Case No. 22-cv-00546-JSW<br><br>**ORDER STRIKING MOTION TO STRIKE AND IN LIMINE**<br><br>Re: Dkt. No. 62 |

  Pending before the Court is Defendant YouTube LLC's motion to dismiss, which includes requests for judicial notice. Plaintiff David Stebbins now moves to strike "in part the defendant's pleadings which mention the declarations which other courts have issued against [Plaintiff]" and "[i]ssue an order in limine, ordering the defendants. . . not to submit any evidence of these prior judicial rulings at any point in this action." (Dkt. No. 62, Mot. to Strike and in Limine, at 2.)

  Civil Local Rule 7-3(a) provides that "[a]ny evidentiary and procedural objections to the motion must be contained within the [opposition] brief or memorandum." Parties may not separately file objections or attempt to couch their objections as motions to strike or to exclude. Accordingly, the Court HEREBY STRIKES Plaintiff's motion.

  **IT IS SO ORDERED.**

Dated: February 10, 2025

                 _____
                 JEFFREY S. WHITE
                 United States District Judge