# Exhibit A

# Frequently asked questions about copyright

In this video, we answer some common questions about copyright:



## General copyright questions

**What is fair use?**

**What is the public domain?**

**What is a derivative work?**

**Where can I find more information on copyright outside the U.S.?**

## Questions about uploading to YouTube

**How do I get permission to use someone else's content in my video?**

> If you plan to include copyright-protected material in your video, you'll generally need to seek permission to do so first. YouTube can't grant you these rights and we can't help you find the parties who can grant them to you. You'll have to research and handle this process on your own or with a lawyer's help.
>
> For example, YouTube cannot grant you the rights to use content that has already been uploaded to the site. If you wish to use someone else's YouTube video, you may want to reach out to them directly. Some creators list ways they can be contacted in their channel.
>
> An easy way to find background music or sound effects for your YouTube videos is in YouTube's Audio Library . You can search for music that's free of charge for you to use.
>
> If you're thinking of using someone else's music in your video, learn more about your options for using music: