LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC. et al.,<br><br>    Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**YOUTUBE, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO STAY CONSIDERATION OF YOUTUBE'S MOTION TO DISMISS (Dkt. 60)**<br><br>Action Filed: January 27, 2022 |

Plaintiff's costly and wasteful litigation tactics continue unabated. On February 5, 2025, YouTube, LLC filed a motion to dismiss Stebbins' vicarious copyright infringement claim against YouTube with prejudice based on fair use and the license Stebbins granted YouTube under its terms of service. *See* Dkt. 58 ("Motion"). Rather than simply respond to YouTube's Motion, Stebbins filed a motion less than one hour later asking the Court to indefinitely stay consideration of YouTube's Motion until the other two unidentified individual defendants—who go by the pseudonyms "Creetosis" and "Bibi Faizi"—are served with process and "have either appeared or been entered in default." Dkt. 60 ("MTS") at 1.

Stebbins' MTS should be denied because there is no basis for delaying the adjudication of YouTube's Motion. Briefing on the Motion will be complete by February 26, 2025, Dkts. 60, 67, and the Court has already continued the parties' case management conference and all associated deadlines pending its resolution of the Motion, Dkt. 66. Additionally, everything the Court needs to adjudicate YouTube's fair use and license defenses is properly before the Court in connection with the Motion, including copies of Stebbins' copyrighted video and Creetosis' two allegedly infringing livestream videos, and copies of YouTube's terms of service agreements. Dkts. 58-59. YouTube is entitled to defend itself against Stebbins' baseless claim, and his efforts to serve the individual defendants have no bearing on the merits of YouTube's Motion.

Stebbins' MTS is the latest in a long line of improper filings intended to evade a ruling on a motion that would be dispositive of his copyright infringement claims. *See, e.g.*, *Stebbins v. Polano*, No. 4:21-cv-04184-JSW (N.D. Cal. July 11, 2022), Dkt. 134 at 1 (admonishing Stebbins for his "efforts to manipulate the litigation process and his blatant gamesmanship" after he voluntarily dismissed YouTube's parent, Alphabet Inc., to evade a ruling on Alphabet's motion to dismiss); *Stebbins v. Google LLC*, 2023 WL 6139454, at *5, *8, *11 (N.D. Cal. Aug. 31, 2023) (denying Stebbins' "improper" motion to strike Google's motion to dismiss and granting Google's motion and declaring Stebbins a "vexatious litigant"). It is not, as Stebbins claims, a genuine effort to "preserve judicial economy and prevent piecemeal litigation," MTS ¶ 3.

YouTube respectfully requests that the Court deny Stebbins' MTS.

| | |
|---|---|
| Dated: February 19, 2025 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By: /s/ *Jeremy P. Auster*<br>Jeremy P. Auster (*admitted pro hac vice*)<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (866) 974-7329<br>E-mail: jauster@wsgr.com |
| | Laura Hernandez, State Bar No. 344641<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 9105<br>Telephone: (415) 947-2000<br>Facsimile: (866) 974-7329<br>E-mail: lhernandez@wsgr.com |
| | *Counsel for Defendant YouTube, LLC* |