UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>  Plaintiff,<br><br>  v.<br><br>ALPHABET INC. et al.,<br><br>  Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO STAY CONSIDERATION OF YOUTUBE, LLC'S MOTION TO DISMISS (Dkt. 60)**<br><br>Action Filed: January 27, 2022 |

This matter came before the Court on the motion by Plaintiff David Stebbins to stay consideration of Defendant YouTube, LLC's ("YouTube) pending motion to dismiss, and to stay all dispositive motions, until the two unidentified individual defendants in this case—who go by the pseudonyms "Creetosis" and "Bibi Faizi"—"have been served with process and have either appeared in the case or been entered in default." Dkt. 60 (the "Motion") at 1. YouTube filed an opposition to Plaintiff's Motion on February 19, 2025. Having considered the moving and reply papers, YouTube's opposition, the argument of counsel, the pleadings and files in this action, and/or all other matters properly before the Court, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED for the reasons described in YouTube's opposition.

**IT IS SO ORDERED**

Dated: _____

_____
HON. JEFFREY S. WHITE
United States District Judge