LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHABET INC. et al.,<br><br>    Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**DECLARATION OF JEREMY P. AUSTER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Jeffrey S. White<br><br>Action Filed: January 27, 2022 |

I, Jeremy P. Auster, declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant YouTube, LLC ("YouTube") in the above-captioned action.

2. I submit this declaration pursuant to Local Civil Rule 7-11(a) in support of the accompanying Administrative Motion to Consider Whether Cases Should be Related.

3. On June 10, 2025, I emailed Plaintiff David Stebbins, *pro se* Plaintiff in the above-captioned action and the newly filed action against YouTube, *Stebbins v. Doe*, No. 3:25-cv-04499-LJC (filed May 23, 2025). I asked Plaintiff whether he would oppose a motion requesting that the two cases be deemed related pursuant to Local Civil Rule 3-12.

4. Plaintiff has not responded to my June 10 email.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on June 11, 2025, in New York, New York.

s/ *Jeremy P. Auster*
Jeremy P. Auster

AUSTER DECLARATION ISO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED   -1-   CASE NO.: 4:22-CV-00546-JSW