LAURA HERNANDEZ, State Bar No. 344641
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: lhernandez@wsgr.com

JEREMY P. AUSTER (*admitted pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jauster@wsgr.com

*Counsel for Defendant YouTube, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET INC. et al.,<br><br>    Defendants. | Case No.: 4:22-cv-00546-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Jeffrey S. White<br><br>Action Filed: January 27, 2022 |

Upon consideration of Defendant YouTube, LLC's Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12, together with the record in the related actions and upon good cause showing, it is hereby ORDERED that the newly-filed action, *Stebbins v. Doe*, No. 3:25-cv-04499-LJC (filed May 23, 2025), currently pending before Magistrate Judge Lisa J. Cisneros, shall be deemed related to *Stebbins v. Alphabet*, No. 4:22-cv-00546-JSW (filed Jan. 27, 2022), which is pending before this Court.

In accordance with Civil Local Rule 3-12(f)(3), the Clerk is respectfully instructed to reassign Case No. 3:25-cv-04499 to the undersigned and notify all parties and Judge Cisneros accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HON JEFFREY S. WHITE
United States District Judge