David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,  PLAINTIFF

VS.  Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL  DEFENDANTS

### NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters in the above-styled action.

1. On February 5, 2025, the Defendants filed a Motion to Dismiss in the above-styled action. It has now been over five months, and the Court still has not ruled on this simple motion.

2. Bear in mind that, in order to grant a motion to dismiss, the Court must first assume all facts in the Complaint to be true and in a light most favorable to the Plaintiff. As such, it is not allowed to find any facts against me.

3. While the Court is allowed to find fair use in a motion to dismiss, to do so at this stage, the fairness of the use must be so clearly apparent from even a cursory review of the matter that no reasonable person could possibly find otherwise. Therefore, if, after five months, the Court still hasn't found fair use, it probably isn't appropriate to find fair use at a motion to dismiss stage. This is especially true, considering that the Defendants have not offered even one single solitary piece of evidence that the fourth factor weighs in their favor, instead insisting that the underlying infringements are not a market substitute *just cuz*.

So notified on this, the 8th Day of July, 2025.

/s/ David Stebbins
David Stebbins