UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>       Plaintiff,<br><br>   v.<br><br>JOHN DOE #4, doing business as BIBI FAIZI,<br><br>       Defendant. | Case No. 22-cv-00546-JSW<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE REMAINING DEFENDANT; SETTING CASE MANAGEMENT CONFERENCE** |

    Plaintiff David A. Stebbins filed his Second Amended Complaint ("SAC") on April 22, 2023. (Dkt. No. 32, SAC.) The Court stayed the action until December 4, 2024. (Dkt. Nos. 33, 36.) On December 9, 2024, Stebbins moved for the issuance of a subpoena duces tecum directing dismissed defendant YouTube LLC to provide identifying information for Defendant John Doe #4, d/b/a Bibi Faizi, so that Stebbins could effect service on Bibi Faizi. (Dkt. No. 42, Mot. for Issuance of Subpoena Duces Tecum.) On February 10, 2025, the Court denied the motion for a subpoena, without prejudice. (Dkt. No. 64, Order Denying Mot. for Issuance of Subpoena Duces Tecum.)

    Under Federal Rule of Civil Procedure 4(m), defendants must be served within 90 days after the complaint is filed. In the five months since the Court denied Stebbins' motion for a subpoena, Stebbins has not attempted to cure the deficiencies in his request so that he could effect service on Bibi Faizi. Accordingly, the Court HEREBY ORDERS Stebbins to show cause why the action should not be dismissed for failure to serve the remaining defendant. Stebbins shall file a response, in writing, by August 8, 2025.

    Further, the Court HEREBY SETS a case management conference in this matter for

September 12, 2025, at 9:00 a.m. The parties shall file a joint case management statement by September 5, 2025.

**IT IS SO ORDERED.**

Dated: July 18, 2025

_____
JEFFREY S. WHITE
United States District Judge