# Exhibit A

# RE: Stebbins v. Alphabet et. al. - Case No. 22-cv-00546-JSW

From:    Auster, Jeremy (jauster@wsgr.com)

To:      acerthorn@yahoo.com

Date:    Thursday, February 6, 2025 at 12:22 PM CST

Mr. Stebbins,

YouTube will not agree to stay consideration of its Motion to Dismiss. We will note your position in our request for an adjournment/stay.

Best,
Jeremy



**Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**
1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsgr.c

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, February 5, 2025 9:54 PM
**To:** Auster, Jeremy <jauster@wsgr.com>
**Subject:** Re: Stebbins v. Alphabet et. al. - Case No. 22-cv-00546-JSW

EXT - acerthorn@yahoo.com

That is my offer, yes.

On Wednesday, February 5, 2025 at 08:47:51 PM CST, Auster, Jeremy <jauster@wsgr.com> wrote:

Thank you for the additional clarification. To confirm, is your position that you will only agree to a stay of discovery if YouTube agreed to hold its motion in abeyance pending your efforts to serve the individual defendants?



**Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**
1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsg

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, February 5, 2025 9:44 PM
**To:** Auster, Jeremy <jauster@wsgr.com>

**Subject:** Re: Stebbins v. Alphabet et. al. - Case No. 22-cv-00546-JSW

EXT - acerthorn@yahoo.com

I'm saying that I should conduct discovery against YouTube and Alphabet, only to the extent necessary to learn of the individual defendants' legal names and addresses, so they can be served with process in this case. Then, once they are served, and they have either appeared in the case or been entered in default, then and only then should we move on to motions to dismiss and/or answers.

On Wednesday, February 5, 2025 at 08:41:53 PM CST, Auster, Jeremy <jauster@wsgr.com> wrote:

Hi Mr. Stebbins,

As an alternative, we have placed the two video files on Google Drive and shared them with you at the following link: https://drive.google.com/drive/folders/1isPvQoOj0vO2e9i_3xVzi98AFrHeN2N2

Will you please clarify what you mean by your proposal that the "case be stayed" and your reference to "limited discovery." To be clear, we do

not agree that the entire case should be stayed. YouTube's motion to dismiss should be briefed and adjudicated. Our proposal is for a stay of discovery and the case management conference and associated deadlines.

Best,

Jeremy



**Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**

1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsg

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, February 5, 2025 9:26 PM
**To:** Auster, Jeremy <jauster@wsgr.com>
**Subject:** Re: Stebbins v. Alphabet et. al. - Case No. 22-cv-00546-JSW

EXT - acerthorn@yahoo.com

I cannot see the videos. They are requiring me to sign up for a trial for some subscription, which will require me to agree to

terms of service I may not be comfortable doing.

Also, I do not agree to stay the case until this motion to dismiss is resolved. In fact, I would propose that the case be stayed, excluded limited discovery, until all the defendants have been served with process, just like in the Polano case.

Sincerely,

David Stebbins

On Wednesday, February 5, 2025 at 08:23:28 PM CST, Auster, Jeremy <jauster@wsgr.com> wrote:

Hi Mr. Stebbins,

At the below link please find courtesy copies of the video files that are being submitted to the Court in connection with YouTube's Motion to Dismiss in the above-captioned case. An external USB drive containing the video files was also mailed to you today via overnight delivery.

- https://wsgr.box.com/s/qtcb2cshsdeq7kxabarbkfewh3ins0mf

Additionally, YouTube intends to request an adjournment of the initial case management conference and associated deadlines, including a stay of discovery, pending resolution of its motion to

dismiss. Please advise if you agree and would stipulate to the request, or oppose.

Best,

Jeremy Auster



**Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**

1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsg

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any

review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.