UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE #4,<br><br>    Defendant. | Case No. 22-cv-00546-JSW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING DEADLINE TO FILE RENEWED MOTION FOR SUBPOENA DUCES TECUM**<br><br>Re: Dkt. No. 77 |

One defendant remains in this action, John Doe #4, d/b/a Bibi Faizi.[1]  Plaintiff David A. Stebbins filed a motion for subpoena duces tecum to determine Bibi Faizi's identity, which the Court denied without prejudice on February 10, 2025.  On July 18, 2025, the Court issued an Order to Show Cause ("OSC") why the action should not be dismissed for failure to serve.  (Dkt. No. 77.)

Stebbins' response to the Court's OSC shows confusion on his part as to the status of the case and the effect of the Court's prior order denying the motion to issue a subpoena duces tecum.  (*See* Dkt. No. 78, Response to OSC.)  The Court denied the motion to issue a subpoena duces tecum "without prejudice," meaning that Stebbins has the right to file a renewed motion without further leave of court.  (Dkt. No. 64, Order Denying Motion for Issuance of Subpoena Duces Tecum, at 1.)

In order to obtain a subpoena duces tecum, Stebbins must correct the deficiencies in his prior motion.  Specifically, Stebbins must demonstrate: (1) Bibi Faizi is a person capable of being

---

[1] The Court granted YouTube LLC's motion to dismiss, with prejudice, and dismissed YouTube and John Doe #1 d/b/a Creetosis from this action.  (Dkt. No. 75, Order Granting Defendant YouTube LLC's Motion to Dismiss.)  YouTube is no longer a party.  YouTube's motion and dismissal do not implicate the claim against Bibi Faizi.

sued in this district; and (2) that Stebbins has undertaken good faith efforts to ascertain Bibi Faizi's true identity.  (*See id.*)

The Court ORDERS Stebbins to effect service on Bibi Faizi and file a certificate thereof or to file a renewed motion for issuance of a subpoena duces tecum by August 4, 2025.  If Stebbins does not file a renewed motion or proof of service by August 4, 2025, the Court may dismiss the case.

**IT IS SO ORDERED.**

Dated: July 21, 2025

_____
JEFFREY S. WHITE
United States District Judge