David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                             PLAINTIFF

VS.                     Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                         DEFENDANTS

### MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File my Renewed Motion for Issuance of Subpoena Duces Tecum.

1. I have filed a Motion for Leave to File Motion for Reconsideration, asking for the Court to reconsider its order finding Creetosis's livestream reaction to my Fallout New Vegas Retrospective to be fair use. See Dkt. 80.

2. If this motion is granted, then I once again have the option to learn Bibi Faizi's name and address from YouTube during limited discovery. So I will not need to obtain it via a subpoena.

3. I therefore ask the Court to stay, indefinitely, the deadline to file my renewed motion for issuance of subpoena duces tecum, until that motion for reconsideration is disposed of.

So requested on this, the 22nd day of July, 2025.

/s/ David Stebbins
David Stebbins