David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                        [acerthorn@yahoo.com](acerthorn@yahoo.com)

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                           Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                                DEFENDANTS

## SUPPLEMENTAL ARGUMENT IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplemental Argument in Support of my Motion for Leave to File Motion for Reconsideration (Dkt. 80) in the above-styled action.

1. I just remembered some evidence I have in my possession that casts even more doubt as to whether or not the fourth factor weighs in favor of fair use. I wish to provide that evidence now.

2. That evidence can be found at the following URL: https://www.youtube.com/watch?v=ctWJCkm2c3Y. This is a clip from a streamer on Rumble who goes by the alias "The Spectre Report." He is another reaction streamer who I am also suing for infringing on my copyright.

3. In this clip, he freely admits that, because he "reproduces my video in its entirety," that necessarily means that all 23 people who watched it before he delisted it, that "they're not going to watch his video if they come and watch mine." He admits to this, even though his reaction was "punctuated by my criticism at specific points."

4. Now, is the Court *bound* by this man's statement? Absolutely not, and I am not offering it as binding authority like I was the case of Hustler v. Moral Majority. What I am offering it for, however, is proof of facts, not law. This man is precisely the sort of person who could end up on a jury for copyright infringement and be tasked with finding facts pursuant to fair use. Also, this man is the epitome of the average person I am targeting with my YouTube videos, and by his own admission, if he was in the market for a certain video, but instead saw a reaction to it where

Case 3:22-cv-00546-JSW                  -1-

that video was "reproduced in its entirety, punctuated by [the reactor's] criticism at specific points," then he would likely view it as a market substitute, and therefore feel no need to go and watch the original, seeing the reaction as more of a driver's license while viewing the original as more of a state ID, pursuant to the metaphor I gave in ¶ 16 of my reconsider motion. While his opinion on whether or not these reactions are fair use, as a matter of law, is irrelevant, his admission that, as a matter of fact (not law), he wouldn't watch the original if he saw a reaction is a purely factual assertion that proves that there is indeed a market substitute.

5. In light of this, and many other, people who freely admit to considering reaction streams as market substitutes to the original works, the Court should, at a minimum, abstain from finding fair use at the motion to dismiss stage and grant me my day in court, allowing me a chance to show market substitute.

So requested on this, the 22nd day of July, 2025.

*/s/ David Stebbins*
David Stebbins