UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHABET INC., et al.,<br><br>   Defendants. | Case No. 22-cv-00546-JSW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO FILE RENEWED MOTION FOR SUBPOENA DUCES TECUM**<br><br>Re: Dkt. No. 81 |

The Court ordered Plaintiff David A. Stebbins to file a renewed motion for subpoena duces tecum or to certify service on Defendant John Doe #4, d/b/a Bibi Faizi, by August 4, 2025. (Dkt. No. 79.) Stebbins asks the Court to indefinitely stay this deadline pending the Court's ruling on Stebbins' motion to reconsider its order dismissing YouTube LLC from this action.

The Court finds Stebbins' motion for an indefinite extension of time to be overbroad. However, the Court will stay the deadline pending the Court's ruling on Stebbins' motion to reconsider.

Stebbins must file a renewed motion for subpoena duces tecum no later than 10 days after the Court's ruling on his motion to reconsider. If the Court grants the motion to reconsider, it will vacate this deadline.

**IT IS SO ORDERED.**

Dated: July 25, 2025

_____
JEFFREY S. WHITE
United States District Judge