David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                            PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                        DEFENDANTS

### RENOTICING OF [86] MOTION FOR LEAVE TO APPEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Re-Noticing of Hearing Date for Dkt. 86 Motion for Leave to Appeal.

1. The hearing for this motion is set to September 12, 2025.

So notified on this, the 31st day of July, 2025.

*/s/ David Stebbins*
David Stebbins