David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                       Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                          DEFENDANTS

### PETITION FOR SUBPOENA DUCES TECUM PURSUANT TO 17 USC § 512(h)

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Petition for Issuance of Subpoena Duces Tecum pursuant to 17 USC § 512(h) in the above-styled action.

1. I not only ask that this subpoena be issued, but also that the US Marshal be ordered to serve it on the respondent, Alphabet, Inc., pursuant to FRCP 4(c)(3).

2. 17 USC § 512(h) authorizes any plaintiff to petition "any Court" (regardless of personal jurisdiction) for a subpoena to enforce their rights under "this title," aka Title 17 of the US Code.

3. This subpoena power is used mostly for copyright holders to obtain the identities of potential infringers. However, it can also be used by a victim of DMCA misrepresentation under 17 USC § 512(f) to obtain the identity of the one who issued the fraudulent DMCA Takedown. To prove this, I posted a question on Avvo, a website where anyone is allowed to post legal questions, but only those verified by the site as being licensed to practice law in at least one state are allowed to post answers. You can see the question I posted here: www.avvo.com/legal-answers/authorized/can-the-subpoena-power-under-17-usc---512-h--be-us-6234090.html?answer_id=11616107

4. Attorney Pamala Koslyn answered the question. She is stationed in Los Angeles, but has been counsel of record for a few cases in this District, namely Case 3:11-cv-03911-LB (Sutton v. Apple), Case 4:11-cv-02634-PJH (Deutsche v. First Republic), and Case 4:15-cv-03381-SBA (Specialized Bicycle v. Gresh). She answers thusly:

> "Yes, a subpoena that discloses the identity of an alleged infringer or alleged misuser of the DMCA process works the same way. But subpoena power only

comes with pending litigation, so you have to sue first, with a DOE defendant if necessary, and ask identity questions later."

5. That one prerequisite – that there be pending litigation first – has been handily satisfied in the instant case.

6. To obtain this subpoena, I must provide (A) a copy of the DMCA Notification, (B) a proposed subpoena, and (C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under Title 17.

7. A copy of the notice I received from YouTube of the ten offending DMCA Takedowns is hereby attached as **Exhibit A**.

8. A proposed subpoena is hereby attached as **Exhibit B**.

9. A sworn declaration to the effect mentioned above is hereby attached as **Exhibit C**.

10. Wherefore, premises considered, I respectfully pray that this subpoena issue forthwith. So requested on this, the 1st day of August, 2025.

*/s/ David Stebbins*
David Stebbins