# Exhibit A

# Your YouTube Account will be disabled in 7 days

From:  YouTube (no-reply@youtube.com)

To:      acerthorn@gmail.com

Date:  Sunday, February 13, 2022 at 08:45 PM CST



Hi Acerthorn,

Due to a copyright takedown notice that we received, we had to take down the following videos from YouTube:

**Video title:** Creetosis is a Toxic, Lying Sack of Sh*t!
**Video url:** https://www.youtube.com/watch?v=NbI8fwIczFg
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** "Corrections" Series is Cancelled, and Here's Why - #Shorts
**Video url:** https://www.youtube.com/watch?v=QNP4K1nviFA
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** I did it! - Acerthorn Moments - #Shorts
**Video url:** https://www.youtube.com/watch?v=b-7mAYNJAgI
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** I will publicly respond to SidAlpha - Livestream Tomorrow at 3PM CST
**Video url:** https://www.youtube.com/watch?v=hXpCc0wf1dY
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Can't Exit BIOS? Try This Before You Spend Money! #Shorts
**Video url:** https://www.youtube.com/watch?v=sJIsGwDQML8
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Mantitties and Neck Strain - Acerthorn Moments - #Shorts
**Video url:** https://www.youtube.com/watch?v=AIIsgKF4aEc
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** The REAL Reason Behind the "You Didn't Play Enough" Excuse (Livestream Highlight)

**Video url:** https://www.youtube.com/watch?v=f7fwKDBnZ5Q
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Livestream Archive - Epic Stalwart Fight
**Video url:** https://www.youtube.com/watch?v=ykYYyJZHeYs
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Playing Dead Rising for the First Time Ever (w/ Yung Bubby)
**Video url:** https://www.youtube.com/watch?v=7EaGYFNlmgk
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Win Free Video Games! Introducing … the Secret Joke Contest!
**Video url:** https://www.youtube.com/watch?v=HGwg6_jp7JM
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

This means that your video can no longer be played on YouTube.

## You received a copyright strike

You now have **3 copyright strikes**. As a result, your account is scheduled to be disabled in 7 days.

[ VIEW DETAILS ]

## What to do next

Your channel will remain live for the next 7 days to allow you to seek a resolution and keep your channel up.

- If you believe you're not at fault in one or more of the instances above, you can appeal by submitting a counter notification. Your account will not be terminated while your counter notification is in processing. Keep in mind that there may be severe legal consequences for submitting a counter notification with false information.
- You can also contact the party that removed your video and ask them to

retract their takedown.

During this time, you will not be able to upload new videos and strikes on your account will not expire.

Sincerely,
The YouTube Team

Help Center • Email options

You received this email to provide information and updates around your YouTube channel or account.

Was this email helpful?   Yes   |   No



© 2022 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066