# Exhibit C

David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                      PLAINTIFF

VS.                    Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                                  DEFENDANTS

### AFFIDVAIT OF DAVID STEBBINS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following

1. I attest that the purpose for seeking this subpoena is to obtain the identity of the defendant John Doe, d/b/a Bibi Faizi.

2. I declare under penalty of perjury that to my knowledge the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under title 17 USC § 100, et seq. So attested on this, the 1st day of August, 2025.

*/s/ David Stebbins*
David Stebbins