David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,   PLAINTIFF

VS.   Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL   DEFENDANTS

## MOTION FOR STAY OF PROCEEDINGS PENDING RESOLUTION OF PETITION FOR SUBPOENA AS SEPARATE ACTION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Stay in the above-styled action.

1. This Court expressly gave me leave to file this motion if I am also filing a Petition for Subpoena as a separate action. See Dkt. 91, Page 2, Lines 15-16.

2. I am mailing in said petition. An unofficial copy of the petition is hereby attached as **Exhibit A**. I do not know when it will arrive at the Courthouse, though, because I am mailing it via first class mail, so I don't have a tracking number.

3. I therefore ask the Court to stay the case until it's both received the petition in the mail and had a chance to rule on it.

So requested on this, the 8th day of September, 2025.

*/s/ David Stebbins*
David Stebbins