United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>Defendants. | Case No.  22-cv-00546-JSW<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 92 |

The Court HEREBY GRANTS Plaintiff David A. Stebbins' motion for a stay pending resolution of his 17 U.S.C. section 512(h) petition.  All pending hearings and deadlines are vacated until further order of the Court.

**IT IS SO ORDERED.**

Dated: September 9, 2025

JEFFREY S. WHITE
United States District Judge