David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                          DEFENDANTS

## ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Relate Case in the above-styled action.

1. I notified the Court that I was following its instructions and filing a separate petition for issuance of subpoena. See Dkt. 92. The Court stayed this case pending resolution of that matter. See Dkt. 93.

2. The petition eventually reached the Court and it was assigned Case No. 3:25-mc-80278-SK. I have already sent an email to the ECF Help Desk asking for access to that case.

3. The case was assigned to Judge Sallie Kim. However, almost immediately after it was filed, another judge named Trina Thompson – who wasn't even assigned to the case – swooped in and threw the case out on spurious grounds, including (but not limited to) accusing me of attempting to sidestep this Court's ruling, when in fact, I was doing the complete opposite and filing it as a seaprate action, just as this Court told me to do!

4. I intend to file a motion for reconsideration in that case and, if necessary, appeal it. However, before I do, I wish to file this motion asking this Court to declare the case related to that one, and assign yourself to the matter pursuant to Local Rule 3-12. That way, it will be you who hears and decides the motion for reconsideration.

So requested on this, the 22nd day of September, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)