UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>ALPHABET INC., et al.,<br><br>    Defendants. | Case No. 22-cv-00546-JSW<br><br>**ORDER LIFTING STAY; DENYING MOTION TO RELATE; SETTING DEADLINE FOR RENEWED MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM**<br><br>Re: Dkt. No. 94 |

    The Court stayed this case pending resolution of Plaintiff David Stebbins' petition pursuant to 17 U.S.C. section 512(h). (Dkt. No. 93.) Stebbins has been declared a vexatious litigant in this district, and his new complaints are subject to screening under that order. Stebbins' complaints are also subject to screening under 28 U.S.C. section 1915(e)(2).

    Stebbins filed his Section 512(h) petition on September 15, 2025. The General Duty Judge screened the petition and dismissed the complaint. *In re David Stebbins*, 3:25-mc-80278-SK, Dkt. No. 4. Stebbins filed a "motion to vacate judgment and recuse," accusing the General Duty Judge of judicial misconduct. *Id.*, Dkt. No. 5. His motion was denied. *Id.*, Dkt. No. 6.

    Stebbins' Section 512(h) petition was unsuccessful. There is no pending action which he may relate. His path to obtain a subpoena duces tecum lies through a motion in this action which cures the deficiencies identified in the Court's previous orders. (*See* Dkt. No. 91, explaining Stebbins "must first satisfy the factors set forth in Columbia Insurance Company v. seescandy.com, 185 F.R.D. 573 (N.D. Cal. 2009)."); *see also In re Subpoena of Internet Subscribers of Cox Commc'ns, LLC*, 148 F.4th 1056, 1058-59 (9th Cir. 2025) (explaining that outside of the DMCA expedited subpoena process, "a copyright holder seeking to learn the identity of infringers sharing copyright-protected content on the Internet would have to file an

1  infringement action against individual users suspected of infringement, naming each as a John
2  Doe defendant, and move the court for leave to conduct early discovery.").
3      The Court HEREBY LIFTS the stay, DENIES the motion to relate, and ORDERS
4  Plaintiff to file a renewed motion for issuance of subpoena duces tecum no later than October 20,
5  2025. Failure to do so—or failure to do so successfully—will result in an order to show cause
6  why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).
7      **IT IS SO ORDERED.**
8  Dated: October 6, 2025

_____
JEFFREY S. WHITE
United States District Judge