David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                         Case 3:22-cv-00546-JSW

ALPHABET INC, ET AL                                          DEFENDANTS

## MOTION TO RENEW STAY OF PROCEEDINGS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Renew Stay of Proceedings pending appeal in the related miscellaneous case.

1. I have filed a notice of appeal in the related Case 3:25-mc-80278-SK. See Dkt. 7.

2. If the judgment is reversed on appeal, then I will once again be entitled to a subpoena in that case to identify Bibi Faizi.

3. I therefore ask that the Court renew its previous stay, pending resolution of that appeal.

So requested on this, the 6th day of October, 2025.

*/s/ David Stebbins*
David Stebbins

## **PROPOSED ORDER GRANTING**

      COMES NOW before the Court, the Plaintiff's Motion to Renew Stay Pending Resolution of Appeal in the Related Case. For good cause shown, the Court GRANTS this motion. The deadline to file the motion for subpoena is hereby stayed indefinitely.

      The Plaintiff is hereby ordered to notify the Court of any verdict in the upcoming appeal within seven (7) days of receiving it.

      IT IS SO ORDRED.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)