# Exhibit A

 Search by   People   Phone   Property

Date Updated: 2025-07-22

# nftmofo@gmail.com

**Email type**   Personal

**Overview of nftmofo@gmail.com**

ⓘ High Confidence Data Only   OFF

Monitor this report to receive updates

**Turn monitoring on**

| | | |
|---|---|---|
| 👥 No potential owners | | Learn more |
| 📱 No phones found | | Learn more |
| ✉️ No email addresses found | | Learn more |
| 🔗 No social media found | | View details |

## FraudScan Summary  NEW

Summary of email verification details and key risk signals.



**FraudScan Score** ❓

0%

**High Deliverability**

✉️ nftmofo@gmail.com
Email Report

🔍 Search by                                                      People    Phone    Property

| ✓ Yes | ✓ No | ✓ No |

➕ More information for this email available    **View Full FraudScan Report**

### 👤 0 Potential Owner Identified ⋯

No 0 potential owner identified associated with nftmofo@gmail.com were found.

### 📞 Possible Phone Numbers ⓘ ⋯

No possible phone numbers associated with nftmofo@gmail.com were found. Please note, West Virginia phone numbers are currently unavailable.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our **Terms** strictly prohibit use of our data for spam and other marketing activity. Please note, West Virginia phone numbers are currently unavailable.

### ✉️ Possible Email Addresses ⓘ ⋯

No possible email addresses associated with nftmofo@gmail.com were found.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our **Terms** strictly prohibit use of our data for spam and other marketing activity.

✉️ **nftmofo@gmail.com**    ⌃ ⌄
Email Report

 🔍 Search by	People   Phone   Property

No possible address history associated with nftmofo@gmail.com were found. Please note, West Virginia addresses are currently unavailable.

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our <u>Terms</u> strictly prohibit use of our data for spam and other marketing activity. Please note, West Virginia addresses are currently unavailable.

 **Possible Social Media**    ⋯

No possible social media associated with nftmofo@gmail.com were found.

💼 **Possible Jobs**   ⋯

No possible jobs associated with nftmofo@gmail.com were found.



# Try the Contact Pro Search!

Experience the Contact Pro search to see known and derived professional contact information like phone and email addresses

**Begin Searching**

 **Possible Education**    ⋯

No possible education associated with nftmofo@gmail.com were found.

 nftmofo@gmail.com
Email Report                                       




  Search by  **People**  **Phone**  **Property**

By clicking Search, you agree NOT to use results to screen/decide upon employment, tenants, credit, insurance, admission or other purposes restricted by **FCRA 15 USC 1681 et seq.** , and acknowledge BeenVerified is not a consumer reporting agency. Please see **Terms & Conditions** .

↑ **Back to Top**

### CONTACT US

We pride ourselves on our friendly and helpful support!

💬 **Chat with us live**
Available 24 hours a day

💬 **support@beenverified.com** 📋
Available 24 hours a day

👤 **Your member ID is**
**821439269** 📋

## MORE SEARCHES

Contact Pro

Unclaimed Money

## RESOURCES

Affiliates

Member Perks

Request API Access

 nftmofo@gmail.com
Email Report     

 Search by                              People        Phone        Property

Contact Us

Do's & Dont's

FAQ's

**COMPANY**

About BeenVerified

Testimonials

Press

Careers

**STAY CONNECTED**

     

**TRY OUR MOBILE APPS**

Access BeenVerified with one-tap on iPhone, iPad and Android

 

The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results.

BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the **Fair Credit Reporting Act**. You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening

 nftmofo@gmail.com
Email Report                                             

 Search by     People    Phone    Property

Do Not Sell or Share My Personal Information

Terms & Conditions

Privacy Policy

Accessibility 

 PRIVACY SECURED    

36.3.0

 nftmofo@gmail.com
Email Report