# Exhibit B



### No results found for nftmofo@gmail.com

**Pro tip:** People often improve their results by searching with other information.

**SEARCH ANOTHER EMAIL**

Need some help?



**HERE ARE SOME OTHER WAYS YOU CAN GET TO THE RESULT THAT YOU NEED:**



## Name Lookup

With Spokeo's name lookup, quickly and easily find comprehensive profiles in our continuously updated people databases, such as: phone numbers, addresses, family members, email address, and public records.

START SEARCHING



## Reverse Phone Lookup

Reverse phone lookups help locate the owner's name, location, and other public information. Whether you search by mobile or landline number, this works like Caller ID and identifies the owner of the number.

START SEARCHING



## Reverse Address Lookup

Lookup an address and discover everything you need to know about the property and the people: residents, neighbors, property value, multi-unit building or home, and useful information regarding the neighborhood.

START SEARCHING



## Court Record Search

Court record searches are an affordable and simple way to uncover a person's past. Protect yourself and your family by looking into concerns you may have with friends, neighbors, and the people in your life.

START SEARCHING

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.

| About | Terms | Privacy | Contact |
|---|---|---|---|
| Careers | Help | Blog | Affiliates |
| API | | | |

Copyright © 2006-2025 Spokeo, Inc.